AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### District of _____

Bernadine T. Griffith

2004 FEB 11 A 11: 41

V.

**SUMMONS IN A CIVIL CASE**

One Beacon Insurance Co, et al

**03 - 12573 EFH**

CASE NUMBER:

TO: (Name and address of Defendant)

Karen A Holmes
28 Mattapoiset Avenue
Swansea, MA 02777

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kathleen J Hill, Esq.
92 State Street, Suite 700
Boston, MA 02109

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

DEC 22 2003

CLERK

DATE

(By) DEPUTY CLERK

JANUARY 29, 2004

## *QUICKSERV*
### ALLSTATE PROCESS SERVERS

## RETURN OF SERVICE

*I this day summoned the within named* KAREN A. HOLMES

*to appear as within directed by delivering to*  TWO ATTEMPTS, ADDRESS
CONFIRMED BY TELEPHONE
INFORMATION, 508-324-4528, COPY
LEFT TAPED TO DOOR, SECOND
COPY MAILED

**X**  *leaving at last and usual place of abode, to wit:*

*No.*    28 MATTAPOISET AVE.
*in the*  SWANSEA          *District of said*  BRISTOL          *County an attested*
*copy of the SUMMONS, VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL,*
*EXHIBITS TO PLAINTIFF'S VERIFIED COMPLAINT AND DEMAND FOR JURY*
*TRIAL, RULE 15(A) MOTION TO AMEND VERIFIED COMPLAINT, AND AMENDED*
*VERIFIED COMPLAINT*

*Service and travel*          28

*Paid Witness*

*it being necessary I actually used a*
*motor vehicle in the distance of*
*40      miles in the service of*
*this process*

*[signature: William Keating]*
Process Server