AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of

Bernadine T. Griffith

SUMMONS IN A CIVIL CASE

v.

One Beacon Insurance Co., et al

CASE NUMBER: 03-12573 EFH

TO: (Name and address of Defendant)

Karen A Holmes
28 Mattapoisett Avenue
Swansea, MA 02777

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kathleen J Hill, Esq.
92 State Street, Suite 700
Boston, MA 02109

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

DATE   DEC 22 2003

(By) DEPUTY CLERK

JANUARY 29, 2004

# QUICKSERV
ALLSTATE PROCESS SERVERS

## RETURN OF SERVICE

*I this day summoned the within named* KAREN A. HOLMES

*to appear as within directed by delivering to*   TWO ATTEMPTS, ADDRESS CONFIRMED BY TELEPHONE INFORMATION, 508-324-4528, COPY LEFT TAPED TO DOOR, SECOND COPY MAILED

**X**   *leaving at last and usual place of abode, to wit:*

*No.*   28 MATTAPOISET AVE.
*in the* SWANSEA   *District of said* BRISTOL   *County an attested copy of the* SUMMONS, VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL, EXHIBITS TO PLAINTIFF'S VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL, RULE 15(A) MOTION TO AMEND VERIFIED COMPLAINT, AND AMENDED VERIFIED COMPLAINT

*Service and travel*   28

*Paid Witness*

*it being necessary I actually used a motor vehicle in the distance of*
40   *miles in the service of this process*

*William Keating*
Process Server