AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of

Bernadine T. Griffith

v.

One Beacon Insurance Company, et al

SUMMONS IN A CIVIL CASE

CASE NUMBER: 03 CV 12573 EFH

TO: (Name and address of Defendant)

One Beacon Insurance Company
433 Walnut Street
Philadelphia, Pennsylvania

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(By) DEPUTY CLERK

DATE: DEC 22 2003

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | January 14, 2004 |
| NAME OF SERVER (PRINT) Stacy Siegan | TITLE Administrative Assistant |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): By first-class mail to OneBeacon Insurance Company at One Beacon Street, Boston, MA 02108.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____

[Stamp: DIVISION OF INSURANCE / JAN 14 2004 / RECEIVED / OFFICE OF THE GENERAL COUNSEL]

Signature of Server: Stacy Siegan

Address of Server: One South Station, Boston, MA 02110

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.