UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2004 APR -5  P 3: 14

DISTRICT COURT
DISTRICT OF MASS.

BERNADINE T. GRIFFITH

Plaintiff,

v.

ONEBEACON INSURANCE COMPANY,
ONEBEACON AMERICA INSURANCE
COMPANY, MICHAEL A. SISTO, and
KAREN ALLEN HOLMES

Defendants.

C.A. No. 03-CV-12573-EFH

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendants OneBeacon Insurance Company and OneBeacon America Insurance Company, hereby state that OneBeacon Insurance Company and OneBeacon American Insurance Company are indirect wholly owned subsidiaries of White Mountains Insurance Group, Ltd., a publicly held company whose stock is traded on the New York Stock Exchange.

Dated: April 2, 2004

Keith B. Muntyan (BBO # 361380)
Leah M. Moore (BBO # 658217 admission pending)
MORGAN, BROWN & JOY, LLP
One Boston Place
Boston, MA 02108
617-523-6666

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2004, I caused a true and correct copy of the foregoing to be served via first class mail upon Kathleen J. Hill, Esq., Attorney for Plaintiff, Law Office of Kathleen J. Hill, 92 State Street, Suite 700, Boston, Massachusetts 02109, being the address designated by said attorney for service of all pleadings.

Leah M. Moore