UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BERNADINE T. GRIFFITH )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ONEBEACON INSURANCE COMPANY, )<br>ONEBEACON AMERICA INSURANCE )<br>COMPANY, MICHAEL A. SISTO, and )<br>KAREN ALLEN HOLMES )<br>)<br>Defendants. )<br>) | C.A. No. 03-CV-12573-EFH |

ASSENTED TO MOTION TO ENLARGE TIME
TO FILE AN ANSWER OR OTHER RESPONSIVE PLEADING

WHEREAS, Defendants received Plaintiff's Complaint in the above entitled action on March 31, 2004, alleging violations of Title VII of the Civil Rights Act of 1964 and Title I § 503 of the Americans with Disabilities Act;

WHEREAS, Rule 6 of the Federal Rules of Civil Procedure provides parties the opportunity to petition the Court for the enlargement of time; it is hereby

STIPULATED AND AGREED, for good cause by and between the attorneys for the respective parties herein, that Defendants in the above entitled action will not file an Answer or other responsive pleading to the above entitled action until 20 days following the Rule 16.3 Case Management Conference in Civil Action No. 03-CV-12573 to be held

1

at 2:00 p.m. on Wednesday, May 12, 2004 before His Honor.

Dated: April 20, 2004

| | |
|---|---|
| KATHLEEN J. HILL<br>Attorney for Plaintiff<br>92 State Street, Suite 700<br>Boston, MA 02109<br>617-742-0457<br><br>By: _____<br>    Kathleen J. Hill, Esq. | MORGAN, BROWN & JOY, LLP<br>Attorneys for Defendants<br>One Boston Place<br>Boston, MA 02108<br>617-523-6666<br><br>By: _____<br>    Keith B. Muntyan, Esq.<br>    Leah M. Moore, Esq. |

2

## MORGAN, BROWN & JOY, LLP
ATTORNEYS AT LAW
ONE BOSTON PLACE
BOSTON, MASSACHUSETTS 02108-4472
TELEPHONE (617) 523-6666
FACSIMILE (617) 367-3125

LEAH M. MOORE

DIRECT DIAL (617) 788-5021
lmoore@morganbrown.com

April 20, 2004

**BY MESSENGER**

Clerk's Office – Civil Buisness
United States District Court
District of Massachusetts
One Courthouse Way
Boston, MA 02210

    Re:    Bernadine T. Griffith v. OneBeacon Insurance Co., et al
             Civil Action No. 03-CV-12573-EFH

Dear Sir or Madam:

    Enclosed please find Defendants' Assented to Motion to Enlarge Time to File an Answer or Other Responsive Pleading in the above-referenced matter.

Very truly yours,

Leah M. Moore

LMM/kar
Enclosure
cc:    Kathleen J. Hill, Esq.