UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

* * * * * * * * * * * * * * * * * * * * * * * * * *

BERNADINE T. GRIFFITH,
                Plaintiff

                                      CIVIL ACTION NO.:
            v.                        03-12573-EFH

ONEBEACON INSURANCE COMPANY,
ET AL.,
                Defendants.

* * * * * * * * * * * * * * * * * * * * * * * * * *


## FINAL PRETRIAL CONFERENCE ORDER

May 12, 2004

HARRINGTON, S.D.J.

     The parties in the above-entitled case having conducted an Initial Scheduling Conference pursuant to Fed.R.Civ.P. 16(b) and Local Rule 16.1, the Court orders that the Final Pretrial Conference be held in Judge Harrington's courtroom (No. 19 on the 7th floor) at 2:00 P.M. on  Tuesday, May 10, 2005  .

     SO ORDERED.

                                            /s/ Edward F. Harrington
                                            EDWARD F. HARRINGTON
                                            United States Senior District Judge