UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CIVIL ACTION NO.: 03 CV 12573 EFH

| | |
|---|---|
| BERNADINE T. GRIFFITH<br>Plaintiff<br><br>vs.<br><br>ONEBEACON INSURANCE COMPANY,<br>ONEBEACON AMERICA INSURANCE<br>COMPANY, MICHAEL A. SISTO, and<br>KAREN ALLEN HOLMES<br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S RULE 16.1 (d) (3) CERTIFICATION**

The Plaintiff, Bernadine T. Griffith, and her counsel, Kathleen J. Hill, Esq., herein certify and affirm that they have conferred with a view to establishing a budget for the costs of conducting the full course of litigation and have considered the resolution of litigation through the use of alternative dispute resolution:

Date: May 12, 2004

                                            Respectfully submitted,
                                            BERNADINE T. GRIFFITH
                                            By her Attorney,

                                            Kathleen J. Hill    BBO# 644665
                                            LAW OFFICE OF KATHLEEN J. HILL
                                            92 State Street, Suite 700
                                            Boston, MA 02109
                                            617.742.0457 (O) / 617.742.4508 (F)

## CERTIFICATE OF SERVICE

I, Kathleen J. Hill, herein certify that I served a true and accurate copy of the foregoing Plaintiff's Rule 16.1 (d) (3) Certification on the Defendant's counsel of record: Leah M. Moore of Morgan, Brown & Joy One Boston Place, Boston, Massachusetts at the Scheduling Conference by hand on this 12th day of May 2004.

_____
Kathleen J. Hill    BBO #644665

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 03 CV 12573 EFH

BERNADINE T. GRIFFITH )
    Plaintiff )
)
vs. )
)
ONEBEACON INSURANCE COMPANY, )
ONEBEACON AMERICA INSURANCE )
COMPANY, MICHAEL A. SISTO, and )
KAREN ALLEN HOLMES )
    Defendants )

## PLAINTIFF'S RULE 16.1 (d) (3) CERTIFICATION

The Plaintiff, Bernadine T. Griffith, and her counsel, Kathleen J. Hill, Esq., herein certify and affirm that they have conferred with a view to establishing a budget for the costs of conducting the full course of litigation and have considered the resolution of litigation through the use of alternative dispute resolution:

Date: May 12, 2004

*Bernadine T. Griffith*

Respectfully submitted,
BERNADINE T. GRIFFITH
By her Attorney,

*Kathleen J. Hill*     BBO# 644665
LAW OFFICE OF KATHLEEN J. HILL
92 State Street, Suite 700
Boston, MA 02109
617.742.0457 (O) / 617.742.4508 (F)

1