# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

BERNADINE T. GRIFFITH,
     Plaintiff

    v.             CIVIL ACTION NO.:
                  03-12573-EFH

ONEBEACON INSURANCE COMPANY,
ONEBEACON AMERICA INSURANCE
COMPANY, MICHAEL A. SISTO and
KAREN ALLEN HOLMES,
     Defendants.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

BERNADINE T. GRIFFITH,
     Plaintiff

    v.             CIVIL ACTION NO.:
                  04-10605-EFH

ONEBEACON INSURANCE COMPANY,
ONEBEACON AMERICA INSURANCE
COMPANY, MICHAEL A. SISTO and
KAREN ALLEN HOLMES,
     Defendants.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

# **O R D E R**

August 5, 2004

HARRINGTON, S.D.J.

  After a review of the two above-captioned cases, the Court rules as follows on the below motions:

1. The Court denies Plaintiff's Motion to Strike in Civil Action No. 03-12573;

2. The Court denies Plaintiff's Rule 42(a) Motion to Consolidate in Civil Action No. 03-12573,

3. The Court dismisses Plaintiff's Amended Complaint in Civil Action No. 04-10605; and

4. The Court orders the plaintiff to amend the Complaint in Civil Action No. 03-12573 so that it includes all facts and claims raised in Civil Action No. 04-10605.

SO ORDERED.

/s/ Edward F. Harrington
EDWARD F. HARRINGTON
United States Senior District Judge