# EXHIBIT 1

# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

BERNADINE T. GRIFFITH,
                Plaintiff

         v.

ONEBEACON INSURANCE COMPANY,
ONEBEACON AMERICA INSURANCE
COMPANY, MICHAEL A. SISTO and
KAREN ALLEN HOLMES,
                Defendants.

CIVIL ACTION NO.:
03-12573-EFH

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

BERNADINE T. GRIFFITH,
                Plaintiff

         v.

ONEBEACON INSURANCE COMPANY,
ONEBEACON AMERICA INSURANCE
COMPANY, MICHAEL A. SISTO and
KAREN ALLEN HOLMES,
                Defendants.

CIVIL ACTION NO.:
04-10605-EFH

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## O R D E R

August 5, 2004

HARRINGTON, S.D.J.

      After a review of the two above-captioned cases, the Court rules as follows on the below

motions:

1.    The Court denies Plaintiff's Motion to Strike in Civil Action No. 03-12573;

2.    The Court denies Plaintiff's Rule 42(a) Motion to Consolidate in Civil Action No.

      03-12573,

3.    The Court dismisses Plaintiff's Amended Complaint in Civil Action No. 04-10605;

      and

4.    The Court orders the plaintiff to amend the Complaint in Civil Action No. 03-

      12573 so that it includes all facts and claims raised in Civil Action No. 04-10605.

SO ORDERED.


                              /s/ Edward F. Harrington
                              EDWARD F. HARRINGTON
                              United States Senior District Judge