# EXHIBIT 5

# LAW OFFICE OF KATHLEEN J. HILL
*ATTORNEY & COUNSELOR AT LAW*
92 State Street
Suite 700, 7th Floor
Boston, Massachusetts 02109

**KATHLEEN J. HILL**
Web Site: www.kathleenjhill.com

Telephone: 617.742.0457
Facsimile: 617.742.4508

By Facsimile and U.S. Mail

June 30, 2004

Keith B. Muntyan, Esq.
Morgan, Brown & Joy, L.L.P.
One Boston Place
Boston, MA 02108-4472

    Re: Griffith v. OneBeacon Insurance Company, et. al.
        Docket No. 03-CV-12573 EFH
        Docket No. 04-CV-10605-EFH

Dear Attorney Muntyan:

    I enclose a Notice of Taking Deposition of William Queenan and a Notice of Taking Deposition of Monica Scanlon, both depositions are to take place on Wednesday, July 21, 2004.

Very truly yours,

Kathleen J. Hill

cc: Ms. Bernadine T. Griffith

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CIVIL ACTION NO.: 03 CV 12573 EFH

|  |  |
|---|---|
| BERNADINE T. GRIFFITH )<br>Plaintiff )<br> )<br>vs. )<br> )<br>ONEBEACON INSURANCE COMPANY, )<br>ONEBEACON AMERICA INSURANCE )<br>COMPANY, MICHAEL A. SISTO, and )<br>KAREN ALLEN HOLMES )<br>Defendants )<br> ) | NOTICE OF TAKING DEPOSITION<br>MONICA SCANLON |

To: Keith B. Muntyan, Esq.
Morgan, Brown & Joy
One Boston Place, Suite 1616
Boston, MA 02108

**Please take notice that**, pursuant to rules 26 and 30 of the Federal Rules of Civil Procedure, Bernadine T. Griffith, Plaintiff in this action, by her Attorney, will take the deposition upon oral examination of Monica Scanlon, of 20 Freedom Farme Road, Acton, Massachusetts 01720, before a Notary Public in and for the Federal District of Massachusetts, or before some other officer authorized by law to administer oaths, who will take a stenographic recording of the said oral examination, commencing at 11:00 AM on Wednesday, July 21, 2004 at the Law Office of Kathleen J. Hill, 92 State Street, Suite 700, Boston, MA 02109.

Said oral examination will continue from day to day until completed. You are invited to attend and to cross-examine.

1

_[signature: Kathleen J. Hill]_
Kathleen J. Hill
Attorney for the Plaintiff
LAW OFFICE OF KATHLEEN J. HILL
92 State Street, Suite 700
Boston, MA 02109
617.742.0457

## CERTIFICATE OF SERVICE

I, Kathleen J. Hill, herein certify that I served a true and accurate copy of the foregoing Plaintiff's Notice of Taking Deposition of William Queenan on the Defendants' counsel of record: Keith B. Muntyan of Morgan, Brown & Joy One Boston Place, Boston, Massachusetts 02108 by pre-paid first class U.S. Mail on this 30th day of June 2004.

_[signature: Kathleen J. Hill]_
Kathleen J. Hill

2

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

CIVIL ACTION NO.: 03 CV 12573 EFH

| | |
|---|---|
| BERNADINE T. GRIFFITH )<br>    Plaintiff )<br>)<br>vs. )<br>)<br>ONEBEACON INSURANCE COMPANY, )<br>ONEBEACON AMERICA INSURANCE )<br>COMPANY, MICHAEL A. SISTO, and )<br>KAREN ALLEN HOLMES )<br>    Defendants )<br>) | NOTICE OF TAKING DEPOSITION<br>WILLIAM QUEENAN |

To: Keith B. Muntyan, Esq.
    Morgan, Brown & Joy
    One Boston Place, Suite 1616
    Boston, MA 02108

**Please take notice that**, pursuant to rules 26 and 30 of the Federal Rules of Civil Procedure, Bernadine T. Griffith, Plaintiff in this action, by her Attorney, will take the deposition upon oral examination of William Queenan, Director of Human Resources, One Beacon Insurance, One Beacon Street, Boston, Massachusetts 02108 before a Notary Public in and for the Federal District of Massachusetts, or before some other officer authorized by law to administer oaths, who will take a stenographic recording of the said oral examination, commencing at 10:00 AM on Wednesday, July 21, 2004 at the Law Office of Kathleen J. Hill, 92 State Street, Suite 700, Boston, MA 02109.

Said oral examination will continue from day to day until completed. You are invited to attend and to cross-examine.

1

_____
Kathleen J. Hill
Attorney for the Plaintiff
LAW OFFICE OF KATHLEEN J. HILL
92 State Street, Suite 700
Boston, MA 02109
617.742.0457

### CERTIFICATE OF SERVICE

I, Kathleen J. Hill, herein certify that I served a true and accurate copy of the foregoing Plaintiff's Notice of Taking Deposition of Monica Scanlon on the Defendants' counsel of record: Keith B. Muntyan of Morgan, Brown & Joy One Boston Place, Boston, Massachusetts 02108 by pre-paid first class U.S. Mail on this 30th day of June 2004.

_____
Kathleen J. Hill

2