# EXHIBIT 6

**MORGAN, BROWN & JOY, LLP**

ATTORNEYS AT LAW

ONE BOSTON PLACE

BOSTON, MASSACHUSETTS 02108-4472

TELEPHONE (617) 523-6666

FACSIMILE (617) 367-3125

LEAH M. MOORE

DIRECT DIAL (617) 788-5021
lmoore@morganbrown.com

July 9, 2004

<u>By Facsimile and First Class Mail</u>

Kathleen J. Hill, Esq.
Law Office of Kathleen J. Hill
92 State Street, Suite 700
Boston, MA 02109

Re:     *Griffith v. OneBeacon Insurance Company, et. al.*
U.S.D.C. Massachusetts, Docket No. 04-CV-10606-EFH

Dear Kathleen:

We are in receipt of your Notice of Taking Depositions of William Queenan and Monica Scanlon. Please be advised that Mr. Queenan is employed by OneBeacon and as such should only be contacted through this office. Additionally, this letter shall serve as official notice that this office will also represent Ms. Scanlon at her deposition. Accordingly, Ms. Scanlon should only be contacted through counsel.

Unfortunately both counsel and the deponents are unavailable on Wednesday, July 21, 2004, and therefore are unable to appear for deposition. Should you wish to take the depositions on the same day, both deponents and counsel are available any day the week of August 23 through 27. However, should taking the depositions on differing days be amenable with both your schedule and strategy, Ms. Scanlon may be deposed any day August 18 through 27.

I look forward to negotiating amenable dates for both Mr. Queenan's and Ms. Scanlon's depositions. Please contact me with your preference for dates during the time period outlined above.

Regards,

Leah M. Moore

cc:     Joan K. Geddes, Esq.
William Queenan
Monica Scanlon
Keith B. Muntyan, Esq.