# EXHIBIT 7

# LAW OFFICE OF KATHLEEN J. HILL
*ATTORNEY & COUNSELOR AT LAW*
92 State Street
Suite 700, 7th Floor
Boston, Massachusetts 02109

**KATHLEEN J. HILL**
Web Site: www.kathleenjhill.com

Telephone: 617.742.0457
Facsimile: 617.742.4508

By Facsimile and U.S. Mail

July 28, 2004

Leah M. Moore, Esq.
Morgan, Brown & Joy, L.L.P.
One Boston Place
Boston, MA 02108-4472

    Re: Griffith v. OneBeacon Insurance Company, et. al.
        Docket No. 03-CV-12573 EFH
        Docket No. 04-CV-10605-EFH

Dear Attorney Moore:

    I write to inform you that I will have to reschedule the depositions of Monica Scanlon and William Queenan because I have a final hearing in Worcester on Monday, August 23, 2004. Therefore, I would like to hold the depositions on Monday, August 30, 2004. Please confirm that this later date is available for you as well. Thank you.

Very truly yours,

Kathleen J. Hill

cc: Ms. Bernadine T. Griffith