# EXHIBIT 8

## LAW OFFICE OF KATHLEEN J. HILL
*ATTORNEY & COUNSELOR AT LAW*
92 State Street
Suite 700, 7th Floor
Boston, Massachusetts 02109

**KATHLEEN J. HILL**
Web Site: www.kathleenjhill.com

Telephone: 617.742.0457
Facsimile:  617.742.4508

By Facsimile and U.S. Mail

July 28, 2004

Leah M. Moore, Esq.
Morgan, Brown & Joy, L.L.P.
One Boston Place
Boston, MA 02108-4472

Re: Griffith v. OneBeacon Insurance Company, et. al.
Docket No. 03-CV-12573 EFH
Docket No. 04-CV-10605-EFH

Dear Attorney Moore:

You informed me that I may serve all deposition subpoenas on you as counsel for the defendants and, therefore, I enclose a copy of Deposition Subpoena Duces Tecum for William Queenan (previously the deposition that I agreed to rescheduled to August 23, 2004).

I realize that a deponent is afforded a full thirty days to produce documents subpoena duces tecum and this notice falls a few days short. Do you require the full thirty days for this deposition subpoena duces tecum, or is this deposition date acceptable to you for a deposition subpoena duces tecum served on William Queenan via your office?

I would also like to confirm that the deposition of Monica Scanlon on August 23, 2004 has been re-scheduled for 11:00 AM. Thank you.

Very truly yours,

Kathleen J. Hill

cc: Ms. Bernadine T. Griffith

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 03 CV 12573 EFH

|  |  |
|---|---|
| BERNADINE T. GRIFFITH )<br>Plaintiff )<br>)<br>vs. )<br>)<br>ONEBEACON INSURANCE COMPANY, )<br>ONEBEACON AMERICA INSURANCE )<br>COMPANY, MICHAEL A. SISTO, and )<br>KAREN ALLEN HOLMES )<br>Defendants )<br>) | DEPOSITION SUBPOENA<br>DUCES TECUM |

To: William Queenan, Director of Human Resources
One Beacon Insurance
One Beacon Street
Boston, MA 02108

**YOU ARE HEREBY COMMANDED**, in the name of the Federal District Court of Massachusetts in accordance with the provisions of Rules 26, 30, and 34 of the Federal Rules of Civil Procedure, to appear and testify on behalf of Plaintiff, Bernadine T. Griffith, before a Notary Public in and for the Federal District of Massachusetts, or before some other officer authorized by law to administer oaths, commencing at 10:00 AM on Monday, August 23, 2004, at the Law Office of Kathleen J. Hill, 92 State Street, Suite 700, Boston, MA 02109, 617.742.0457, and there to testify as to your knowledge at the taking of the deposition in the above-entitled action.

*And you are further required to bring with you:*

1. Complainant, Bernadine T. Griffith's, entire personnel file, please include all correspondences in regards to Complainant and Complainant's medical condition.
2. All requests for accommodations that the Complainant made during her tenure and all responsive documentation pertaining to all accommodations that have either been granted or denied.

1

3. A list identifying all other employees, who like the Complainant have requested an accommodation due to a disability and received accommodations for their disability.

4. All documentation pertaining to Complainant's grievances and accusations that she was discriminated against due to her disability, to include documentation identifying the investigators position with Defendants, date of accusations, date of investigation, and his/her findings.

5. All copies of any and all medical records of the Complainant, including correspondence, notes, and letters written by any medical care provider pertaining to the Complainant.

6. All copies of any and all documentation, correspondence, emails, letters, memorandum, pay roll records or other records pertaining to any and all benefits pertaining to the employment of the Complainant, including her retirement, short-term/long-term disability, medical coverage, dental coverage, family medical leave, vacation, bonuses or any other benefit.

7. All copies of any and all documentation, correspondence, emails, letters, memorandum, pay roll records, or other records pertaining to any and all income the Complainant received from the Defendants.

8. All copies of all other documentation and records not otherwise requested above, as kept and maintained by the Defendants, pertaining to the Complainant in the course of her employment and her claims of discrimination that are the subject matter of this litigation.

**HEREOR FAIL NOT,** as you will answer your default under the pains and penalties in the law in that behalf made and provided.

Dated at Boston, this twenty-eighth day of July, A.D. 2004.

*Craig LaClair*
_____
Notary Public – Craig La Clair
My Commission Expires on: May 21, 2010