UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BERNADINE T. GRIFFITH<br><br>Plaintiff,<br><br>v.<br><br>ONEBEACON INSURANCE COMPANY, ONEBEACON AMERICA INSURANCE COMPANY, MICHAEL A. SISTO, and KAREN ALLEN HOLMES<br><br>Defendants. | C.A. No. 03-CV-12573-EFH |

## NOTICE OF CHANGE OF ADDRESS

Please take notice that effective December 24, 2004, the address for the undersigned counsel will be:

>Morgan, Brown & Joy, LLP
>200 State Street, 11th Floor
>Boston, MA 02109-2605

The firm's phone number (617-523-6666) and fax number (617-367-3125) are not changing.

1

Respectfully submitted,

ONEBEACON INSURANCE CO.,
ONEBEACON AMERICA INSURANCE CO.,
MICHAEL A. SISTO, and
KAREN ALLEN HOLMES

By their attorneys

Morgan, Brown & Joy
One Boston Place
Boston, MA 02108

By _____
Keith B. Muntyan, Esq.
(BBO #361380
Leah M. Moore, Esq.
(BBO #658217)

Dated: December 21, 2004

## CERTIFICATE OF SERVICE

I, Leah M. Moore, hereby certify that a true copy of the above pleading was served on the date shown above, by first class mail, postage prepaid, on counsel for the plaintiff Kathleen J. Hill, 92 State Street, Suite 700, Boston, MA 02109.

_____
Leah M. Moore

2