UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                    )
**BERNADINE T. GRIFFITH**           )
                                    )
         **Plaintiff,**              )
                                    )
v.                                  )   C.A. No. 03-CV-12573-EFH
                                    )
**ONEBEACON INSURANCE COMPANY,**    )
**ONEBEACON AMERICA INSURANCE**     )
**COMPANY, MICHAEL A. SISTO, and**  )
**KAREN ALLEN HOLMES**              )
                                    )
         **Defendants.**             )
_____ )

**DEFENDANTS' MOTION TO EXTEND DISCOVERY PERIOD
AND AMEND SCHEDULING ORDER**

NOW COME Defendants OneBeacon Insurance Company, OneBeacon America Insurance Company, Michael A. Sisto, and Karen Allen Holmes (collectively, "Defendants") respectfully request a sixty day month extension of the discovery period and the amendment of the scheduling order issued in the above-captioned matter. Specifically, and for the reasons set forth below, Defendants request extensions of the following deadlines:

| Event | Requested Deadline |
|---|---|
| Fact discovery complete | May 2, 2005 |
| Plaintiff to disclose expert witnesses | May 15, 2005 |
| Defendants to disclose expert witnesses | July 14, 2005 |
| Depositions of all experts complete | August 15, 2005 |

| Event | Requested Deadline |
|---|---|
| All motions for amendments to pleadings filed | April 6, 2005 |
| Motions under FRCP 56 filed | June 30, 2005 |
| Oppositions to motions under FRCP 56 filed | July 21, 2005 |
| Final pre-trial conference held and firm trial date set | September 2005 |

As grounds for their motion, Defendants state:

1.   The parties are currently engaged in the discovery process. Defendants served Plaintiff Bernadine T. Griffith ("Plaintiff") with interrogatories and document requests on December 3, 2004. Plaintiff did not fully respond until February 7, 2005, over one month after the response was due. Because Plaintiff never provided Defendants with an initial disclosure[1], Plaintiff's answers to Defendants' discovery requests were Defendants first opportunity to learn the names and addresses of persons Plaintiff believed had knowledge or information relating to this matter, and Defendants first opportunity to have access to all relevant documents. Defendants are now faced with attempting to take the deposition of four of Plaintiff's physicians prior to the close of discovery on March 1, 2005. As could be expected, Plaintiff's physicians are unable to schedule time for the deposition with such short notice and are only available for deposition outside of the current discovery period. To disallow Defendants the opportunity to depose Plaintiff's physicians would unduly prejudice Defendants for an act outside of their control.

---

[1] Plaintiff made her initial disclosure to Defendants in a letter stating, "Ms. Griffith herein incorporates her Exhibits to the Verified Complaint and submits the same to the defendants as her initial disclosure." A true and accurate copy of this letter is attached hereto as Exhibit A.

2

2.      Because the matter is factually complex and involves events that began over ten years ago, fact discovery has been both tedious and time consuming.  Plaintiff's delay in responding to Defendants' discovery requests has only exacerbated Defendants' difficulty in gaining access to and knowledge of the factual basis for Plaintiff's eleven count Complaint.  Any prejudice that could be caused by granting Defendants additional time to complete the discovery was caused by Plaintiff's failure to abide by the rules governing the discovery process.

WHEREFORE, for the foregoing reasons, Defendants respectfully request that this Court extend the discovery deadline and amend the Scheduling Order as set forth above.

Respectfully submitted,

ONEBEACON INSURANCE CO.,
ONEBEACON AMERICA INSURANCE CO.,
MICHAEL A. SISTO, and
KAREN ALLEN HOLMES

By their attorneys

/s/ Leah M. Moore_____
Keith B. Muntyan (BBO # 361380)
keithmuntyan@morganbrown.com
Leah M. Moore (BBO # 658217)
lmoore@morganbrown.com
MORGAN, BROWN & JOY, LLP
200 State Street
Boston, MA 02109
617-523-6666 (phone)
617-367-3629 (fax)

Dated: February 18, 2005

**CERTIFICATE OF SERVICE**

    I, Leah M. Moore, hereby certify that on this 18th day of February 2004, I caused a true and correct copy of the foregoing to be served via first class mail upon Kathleen J. Hill, Esq., Attorney for Plaintiff, Law Office of Kathleen J. Hill, 92 State Street, Suite 700, Boston, Massachusetts 02109, being the address designated by said attorney for service of all pleadings.

                                                 /s/ Leah M. Moore_____
                                                 Leah M. Moore