# LAW OFFICE OF KATHLEEN J. HILL
*ATTORNEY & COUNSELOR AT LAW*
92 State Street
Suite 700, 7th Floor
Boston, Massachusetts 02109

**KATHLEEN J. HILL**
Web Site: www.kathleenjhill.com

Telephone: 617.742.0457
Facsimile:  617.742.4508

By Facsimile and U.S. Mail

April 19, 2004

Leah M. Moore, Esq.
Morgan, Brown & Joy, L.L.P.
One Boston Place
Boston, MA 02108-4472

    Re: Griffith v. OneBeacon Insurance Company, et. al.
        Docket No. 03-CV-12573 EFH

Dear Attorney Moore:

    Per today's telephone conference regarding the scheduling conference, I write in satisfaction of the requisite Rule 26(a) (1) disclosure. Ms. Griffith herein reincorporates her Exhibits to the Verified Complaint and submits the same to the defendants as her initial disclosure.

    Today, I discussed with my client at length what the defendants may construe to be a fair and reasonable settlement in light of the probable cause finding. In back pay and emotional damages, Ms. Griffith is seeking three times the number of four years at the highest grade of salary. Prospectively, Ms. Griffith is seeking to be rehired and placed on long-term disability until age sixty-five, at which time she is to retire with full benefits. In addition, Ms. Griffith seeks attorneys and costs, an amount to be determined at a settlement.

    Thank you for your consideration and attention in this matter.

Very truly yours,

Kathleen J. Hill

cc: Ms. Bernadine T. Griffith