UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CIVIL ACTION NO.: 03-CV-12573-EFH

BERNADINE T. GRIFFITH )
    Plaintiff )
)
vs. )
)
ONEBEACON INSURANCE COMPANY, )
ONEBEACON AMERICA INSURANCE )
COMPANY, MICHAEL A. SISTO, and )
KAREN ALLEN HOLMES )
    Defendants )

### PLAINTIFF'S MOTION FOR A PROTECTIVE ORDER

NOW COMES the Plaintiff, Bernadine T. Griffith, who duly opposed the Defendants' Motion to Extend the Discovery Period, and herein moves this Honorable Court for a protective order, as she more fully states:

Subsequent to the Defendants filing of the February 18, 2005 Motion to Extend the Discovery Period and the Plaintiff's Opposition to Defendants' Motion to Extend the Discovery Period, the Defendants improperly served Plaintiff with three notices of deposition for Susan E. Moner, MD, Helen D. Tramposch, MD, and John E. Garrison, PH.D, scheduling the depositions to occur on March 11, 2005 and March 17, 2005. *See attached Exhibit A, March 3, 2005 deposition notices.*

Because the discovery period ended on March 1, 2005 and the Court has not yet issued an order about whether the discovery period may be extended for a second time and/or what, if any, outstanding discovery may be completed, the further taking of discovery constitutes oppression, annoyance, undue burden and expense, pursuant to Fed. R. Civ. R. 26 (c).

1

Accordingly, the Plaintiff, who waives no privilege, objects to the Defendants taking the said depositions and seeks appropriate relief.

### RULE 26.2 (2) CERTIFICATION

I, Kathleen J. Hill, herein re-adopt and re-incorporate the Rule 26.2 (2) Certification that I submitted with the filing of Plaintiff's Second Motion to Compel Discovery, dated February 28, 2005, and further certify that I took the above-stated steps in good faith to resolve this discovery dispute by duly filing an Opposition to the Defendants' Motion to Extend the Discovery Period on February 28, 2005; but, the Defendants who have usurped the Courts power to resolve these discovery disputes, caused the parties not to agree and deliberately acted outside the realm of the discovery rules, thus necessitating the filing of this Motion for a Protective Order.

Signed Under the Pains and Penalties of Perjury

_____
Kathleen J. Hill

WHEREFORE, the Plaintiff respectfully requests the Honorable Court issue an order requiring the Defendants to adhere to the existing Scheduling Order and bar the taking of the depositions of any and all fact witnesses and/or from conducting any further discovery, except as ordered by this Court.

                                                Respectfully submitted,
                                                BERNADINE T. GRIFFITH
                                                By her Attorney,

Date:                                              _____
                                                   Kathleen J. Hill        BBO# 644665
                                                   LAW OFFICE OF KATHLEEN J. HILL
                                                   92 State Street, Suite 700
                                                   Boston, MA 02109
                                                   617.742.0457 (O) / 617.742.4508 (F)


CERTIFICATE OF SERVICE

I, Kathleen J. Hill, certify that I served a true and accurate copy of the foregoing Plaintiff's Motion for Protective Order on the counsel of record: *Keith B. Muntyan and Leah M. Moore*, of Morgan, Brown & Joy, Two Hundred State Street, 11th Floor, Boston, Massachusetts 02109; and, the three deponents: Helen D. Tramposch, MD, Lahey Medical Center, 41 Mall Road, Burlington, MA 01805; John Garrison, Ph.D., Lahey Medical Center, 41 Mall Road, Burlington, MA 01805; and, Susan Moner, MD. Lahey Clinic, One Essex Center Drive, Peabody, MA 01960 by pre-paid U.S. Mail on this 8th day of March 2005.

_____
Kathleen J. Hill

Exhibit A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BERNADINE T. GRIFFITH )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ONEBEACON INSURANCE COMPANY, )<br>ONEBEACON AMERICA INSURANCE )<br>COMPANY, MICHAEL A. SISTO, and )<br>KAREN ALLEN HOLMES )<br>)<br>Defendants. )<br>) | C.A. No. 03-CV-12573-EFH<br><br>NOTICE OF TAKING<br>DEPOSITION |

To:   Kathleen Hill, Esq.
      Law Office of Kathleen J. Hill
      92 State Street, Suite 700
      Boston, MA 02109

Please take notice that at 1:00 PM on March 11, 2005 at the offices of Lahey Clinic, 41 Mall Road, Burlington, MA 01805, the Defendants in this action, by their attorney(s), will take the deposition upon oral examination of **SUSAN E. MONER, M.D.** pursuant to the applicable provisions of the Federal Rules of Civil Procedure. The Examination will be held before a Notary Public in and for the Commonwealth of Massachusetts or before some other officer authorized by law to administer oaths and will continue from day to day thereafter until complete.

You are invited to attend and cross-examine.

                                       ONEBEACON INSURANCE CO.,
                                       ONEBEACON AMERICA INSURANCE CO.,
                                       MICHAEL A. SISTO, and
                                       KAREN ALLEN HOLMES

                                       By their attorneys,

Dated: March ___, 2005

                                       _____
                                       Keith B. Muntyan (BBO # 361380)
                                       keithmuntyan@morganbrown.com
                                       Leah M. Moore (BBO # 658217)
                                       lmoore@morganbrown.com
                                       MORGAN, BROWN & JOY, LLP
                                       200 State Street
                                       Boston, MA 02109
                                       617-523-6666 (telephone)
                                       617-367-3125 (fax)

## CERTIFICATE OF SERVICE

    I hereby certify that on March ___, 2005, I caused a true and correct copy of the foregoing to be served by first class mail, postage prepaid, upon Kathleen J. Hill, Esq., Attorney for Plaintiff, Law Office of Kathleen J. Hill, 92 State Street, Suite 700, Boston, Massachusetts 02109, being the address designated by said attorney for service of all pleadings.

                                                           _____
                                                           Leah M. Moore

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BERNADINE T. GRIFFITH )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ONEBEACON INSURANCE COMPANY, )<br>ONEBEACON AMERICA INSURANCE )<br>COMPANY, MICHAEL A. SISTO, and )<br>KAREN ALLEN HOLMES )<br>)<br>Defendants. )<br>) | C.A. No. 03-CV-12573-EFH<br><br>NOTICE OF TAKING<br>DEPOSITION |

To:  Kathleen Hill, Esq.
     Law Office of Kathleen J. Hill
     92 State Street, Suite 700
     Boston, MA 02109

Please take notice that at 9:00 AM on March 11, 2005 at the offices of Lahey Clinic, 41 Mall Road, Burlington, MA 01805, the Defendants in this action, by their attorney(s), will take the deposition upon oral examination of **JOHN E. GARRISON, Ph.D.** pursuant to the applicable provisions of the Federal Rules of Civil Procedure. The Examination will be held before a Notary Public in and for the Commonwealth of Massachusetts or before some other officer authorized by law to administer oaths and will continue from day to day thereafter until complete.

You are invited to attend and cross-examine.

                        ONEBEACON INSURANCE CO.,
                        ONEBEACON AMERICA INSURANCE CO.,
                        MICHAEL A. SISTO, and
                        KAREN ALLEN HOLMES

                        By their attorneys,

Dated: March ___, 2005

                        _____
                        Keith B. Muntyan (BBO # 361380)
                        keithmuntyan@morganbrown.com
                        Leah M. Moore (BBO # 658217)
                        lmoore@morganbrown.com
                        MORGAN, BROWN & JOY, LLP
                        200 State Street
                        Boston, MA 02109
                        617-523-6666 (telephone)
                        617-367-3125 (fax)

## CERTIFICATE OF SERVICE

    I hereby certify that on March ___, 2005, I caused a true and correct copy of the foregoing to be served by first class mail, postage prepaid, upon Kathleen J. Hill, Esq., Attorney for Plaintiff, Law Office of Kathleen J. Hill, 92 State Street, Suite 700, Boston, Massachusetts 02109, being the address designated by said attorney for service of all pleadings.

                                                    _____
                                                    Leah M. Moore

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BERNADINE T. GRIFFITH ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ONEBEACON INSURANCE COMPANY, ) <br> ONEBEACON AMERICA INSURANCE ) <br> COMPANY, MICHAEL A. SISTO, and ) <br> KAREN ALLEN HOLMES ) <br> ) <br> Defendants. ) <br> ) | C.A. No. 03-CV-12573-EFH <br><br> NOTICE OF TAKING <br> DEPOSITION |

To: Kathleen Hill, Esq.
Law Office of Kathleen J. Hill
92 State Street, Suite 700
Boston, MA 02109

Please take notice that at 9:00 AM on March 17, 2005 at the offices of Lahey Clinic, 41 Mall Road, Burlington, MA 01805, the Defendants in this action, by their attorney(s), will take the deposition upon oral examination of **HELEN D. TRAMPOSCH, M.D.** pursuant to the applicable provisions of the Federal Rules of Civil Procedure. The Examination will be held before a Notary Public in and for the Commonwealth of Massachusetts or before some other officer authorized by law to administer oaths and will continue from day to day thereafter until complete.

You are invited to attend and cross-examine.

>                                        ONEBEACON INSURANCE CO.,
>                                        ONEBEACON AMERICA INSURANCE CO.,
>                                        MICHAEL A. SISTO, and
>                                        KAREN ALLEN HOLMES
>
>                                        By their attorneys,

Dated: March 3, 2005

_____
Keith B. Muntyan (BBO # 361380)
keithmuntyan@morganbrown.com
Leah M. Moore (BBO # 658217)
lmoore@morganbrown.com
MORGAN, BROWN & JOY, LLP
200 State Street
Boston, MA 02109
617-523-6666 (telephone)
617-367-3125 (fax)

### CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2005, I caused a true and correct copy of the foregoing to be served by first class mail, postage prepaid, upon Kathleen J. Hill, Esq., Attorney for Plaintiff, Law Office of Kathleen J. Hill, 92 State Street, Suite 700, Boston, Massachusetts 02109, being the address designated by said attorney for service of all pleadings.

_____
Leah M. Moore