UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

BERNADINE T. GRIFFITH,
                Plaintiff

v.

CIVIL ACTION NO.:
03-12573-EFH

ONEBEACON INSURANCE COMPANY,
ET AL.,
                Defendants.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## REVISED FINAL PRETRIAL CONFERENCE ORDER

March 17, 2005

HARRINGTON, S.D.J.

      The parties in the above-entitled case having conducted an Initial Scheduling Conference pursuant to Fed.R.Civ.P. 16(b) and Local Rule 16.1, the Court orders that the Final Pretrial Conference be held in Judge Harrington's courtroom (No. 13 on the 5th floor) at 11:00 A.M. on  Wednesday, September 14, 2005  .

      SO ORDERED.

                                      /s/ Edward F. Harrington
                                      EDWARD F. HARRINGTON
                                      United States Senior District Judge