## LAW OFFICE OF KATHLEEN J. HILL
*ATTORNEY & COUNSELOR AT LAW*
92 State Street
Suite 700, 7th Floor
Boston, Massachusetts 02109

**KATHLEEN J. HILL**
Web Site: www.kathleenjhill.com

Telephone: 617.742.0457
Facsimile: 617.742.4508

By Facsimile

March 3, 2005

Leah M. Moore, Esq.
Morgan, Brown & Joy, L.L.P.
200 State Street, 11th Floor
Boston, MA 02109-2605

    Re: Griffith v. OneBeacon Insurance Company, et. al.
        Docket No. 03-CV-12573 EFH

Dear Attorney Moore:

    You have completed taking Ms. Griffith's deposition as agreed. On February 28, 2005, I served you with an Opposition To Defendants' Motion For Leave To Extend The Deposition Of Plaintiff. If by chance you have not yet received a copy of the Opposition, I attach a copy of your convenience.

Very truly yours,

Kathleen J. Hill

cc: Ms. Bernadine T. Griffith