1  where, you know, I had to say anything other than
2  that I was out ill.
3       Q    Okay.
4            MS. MOORE:  Can we take a quick break.
5            (Recess taken.)
6            MS. MOORE:  Okay.  We're back on the
7  record.
8            During the break Ms. Hill indicated that
9  Ms. Griffith would like to suspend for the day
10 and come back on a later date to finish up.
11           Is that correct?
12           MS. HILL:  Right.  So far she's by my
13 calculations six hours and 15 minutes.
14           MS. MOORE:  Okay.
15           MR. MUNTYAN:  Well, we haven't done the
16 math.
17           MS. HILL:  Right.
18           MR. MUNTYAN:  I don't know what the time
19 is, but if Ms. Griffith would be more comfortable
20 to conclude now, we're amenable.
21           MS. HILL:  She's --
22           THE WITNESS:  I'm exhausted.
23           MR. MUNTYAN:  Then let's do that.
24           MS. HILL:  How much additional time are

Bernadine Griffith

276

1  you looking for?
2        MR. MUNTYAN:  Are we on the record?
3        THE REPORTER:  Yes.
4        MR. MUNTYAN:  We can discuss that off the
5  record.
6        MS. HILL:  Okay.  I was going to --
7        MR. MUNTYAN:  We don't need to chew up our
8  deposition transcript with that.
9        MS. HILL:  Okay.
10       MS. MOORE:  Thanks.
11       (The proceedings adjourned at 3:10 PM.)
12
13
14
15
16
17
18
19
20
21
22
23
24