# FICKSMAN & CONLEY, LLP
### ATTORNEYS AT LAW

**98 NORTH WASHINGTON STREET**
**SUITE 500**
**BOSTON, MASSACHUSETTS 02114**

TEL (617) 720-1515
FAX (617) 720-1519

LIONEL H. PERLO
FRANCIS LEONE
DAVID M. GOULD◆
KENNETH D. WEISS*
JOHN D. CASSIDY*◆
NANCY L. WATSON
JOHN M. DELLEA◆
DOUGLAS N. PERLO
MATTHEW R. CONNORS■
HEIDI R. WOLMUTH
SEAN E. CAPPLIS
NICOLE M. MASON
M. KATE WELTI

MAX S. FICKSMAN (1907-1982)
ROBERT G. CONLEY (1921-1994)

* also admitted NY
◆ also admitted NH
■ also admitted CT

April 12, 2005

**Via Facsimile**

Leah M. Moore, Esq.
Morgan, Brown & Joy, LLP
200 State Street
Boston, MA 02109

Re:  Bernadine T. Griffith
Vs:  John E. Garrison, Ph.D., MPH, (Dep File Only), et. al.
     Our File Number: 15L 284

Dear Ms. Moore:

This letter serves to memorialize your conversation of today with my assistant, Linda, that our office is in the process of scheduling the depositions of John E. Garrison, Ph.D., MPH, Helen Tramposch, M.D. and Susan E. Moner, M.D. Due to the unavailability of the witnesses and my current trial schedule, as I am currently on trial in Barnstable Superior Court in the case of Harrigan v. Manning, Civil Action Docket Number: 00-00148A and will then be starting trial in Suffolk Superior Court on April 25, 2005 in the case of Silva v. Rudman, Civil Action Docket Number: 01-5195, we are unable to schedule the depositions during the month of April.

We are in the process of scheduling the depositions in the beginning to end of May and I will have my assistant, Linda, be in contact with definitive dates. I thank you in advance for your cooperation.

Very truly yours,

Douglas N. Perlo

DNP/ljg