# Lahey
### CLINIC

June 22, 2000

Re: Bernadine Griffith

To Whom It May Concern:

This letter is to confirm that Mrs. Bernadine Griffith continues to be seen for our services at the Lahey Clinic. In my opinion, she is psychologically ready to return to work full-time in her usual position on 6/26/00.

Yours truly,

*John Garrison, Ph.D.*
John Garrison, Ph.D.
Senior Medical (Psychology) Staff

JG/df