UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                            )
BERNADINE T. GRIFFITH                       )
                                            )
           Plaintiff,                       )
                                            )
v.                                          )     C.A. No. 03-CV-12573-EFH
                                            )
ONEBEACON INSURANCE COMPANY,                )
ONEBEACON AMERICA INSURANCE                 )
COMPANY, MICHAEL A. SISTO, and              )
KAREN ALLEN HOLMES                          )
                                            )
           Defendants.                      )
_____)

I, LEAH M. MOORE, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that the following is true and correct:

   1.   I am an associate at the law firm of Morgan, Brown & Joy, LLP, 200 State Street, Massachusetts 02109, telephone number (617) 523-6666, attorneys for Defendants OneBeacon Insurance Company, OneBeacon America Insurance Company (together, "OneBeacon"), Michael A. Sisto, and Karen Allen Holmes (collectively, the "defendants") in the above captioned matter.

   2.   As part of her Response to Defendants' Request for Production of Documents, the plaintiff Bernadine T. Griffith ("the plaintiff" or "Griffith") produced an incomplete copy of her medical records from 1994 through the present. Included in this production was a document which appears to be notes made by Griffith's treating clinician after seeing Griffith at the Lahey Clinic during the relevant time period. A

true and accurate copy of this document is attached hereto as Exhibit 1.

3. Harvey S. Waxman, Ph.D. ("Dr. Waxman") a duly licensed and qualified practitioner has been retained by the defendants to conduct a mental examination of the plaintiff. A true and accurate copy of Dr. Waxman's *curriculum vitae* is attached hereto as Exhibit 2.

4. The propose examination of the plaintiff will take place over one or two sessions totaling up to eight hours at a time mutually convenient to the plaintiff and Dr. Waxman.

5. Dr. Waxman's mental examination would pertain to the following subject areas: work history, psychiatric history, medical history, personal history, family history, developmental history, mental status, nature and extent of psychiatric disability (if any), and appropriate accommodation(s) to psychiatric disability (if any). Dr. Waxman's examination will not include the taking of blood tests or x-rays.

Dated: May 2, 2005                                    __s/ Leah M. Moore_____
                                                                         Leah M. Moore (BBO # 658217)
                                                                         MORGAN, BROWN & JOY, LLP
                                                                         200 State Street
                                                                         Boston, MA 02109
                                                                         617-523-6666 (phone)
                                                                         617-367-3629 (fax)