A/P Depression c̄ Psychotic Fi vs
Bipolar Mixed —

Δ Alprazolam to 0.25 mg BID
Begin Risperdal 1 mg ī qHS, m Rx liq
1° if no sleep
F/u Garrison & 4 mD 1-2 wks

[signature]

**LAHEY CLINIC**
41 Mall Rd. • Burlington, MA 01805
**Progress Notes**

PATIENT ID

P053