Harvey S. Waxman
29 Ashmont Road
Waban, Massachusetts 02468

Phone (617) 244-9410
Fax (617) 244-7484
Email hswaxman@rcn.com

**Current Positions:**

Director, Cyberpsychology Institute, Program on the Internet and Society, Brandeis University

Adjunct Assistant Professor of Psychology, Brandeis University

Instructor, Harvard Medical School Department of Psychiatry

Consultant, Tufts-New England Medical Center Comprehensive Family Evaluation Center

Private practice of individual, couples, and family psychotherapy

Psychological Consultant, Matchnet.com


**Education**:
| | |
|---|---|
| 1969 A.B. | Princeton University |
| 1972 A.M. | Harvard University |
| 1974 Ph.D. | Harvard University |


**Awards and Honors**:
| | |
|---|---|
| 1967-1969 | Princeton University Scholar |
| 1969 | Cum Laude in Psychology |
| 1969 | Phi Beta Kappa |
| 1969-1974 | Harvard Graduate Prize Fellow |


**Hospital Affiliation**:
| | |
|---|---|
| 1983-present | Department of Psychiatry, Beth Israel Hospital, Boston, Massachusetts |
| 1998 | Beth Israel Deaconess Physicians Organization |


**Academic Appointment**:
| | |
|---|---|
| 1974-present | Instructor in Psychology, Department of Psychiatry, Harvard Medical School |
| 2001-present | Adjunct Assistant Professor of Psychology, Brandeis University |


**Editorial Boards**

2000-present  *CyberPsychology and Behavior*

2002-present  *Journal of Virtual Environments*

## Advisory Board

2000-present   The Learning Lab @ Lesley College

## Licensure:

| | |
|---|---|
| 1975-present | Psychologist (Health Service Provider)-- Commonwealth of Massachusetts (#1694) |
| 1976-present | National Register of Health Service Providers in Psychology |
| 1993 | Certification in Mediation |
| 1998 | Diplomate, The American College of Forensic Examiners |

## Offices Held:

1995-1996   President, Massachusetts Society of Clinical Psychologists

## Memberships:

| | |
|---|---|
| 1974-present | Member, American Psychological Association |
| 1974-present | Fellow, Massachusetts Psychological Association |
| 1980-1981 | Member, Board of Professional Affairs, Massachusetts Psychological Association |
| 1982-present | Member, Massachusetts Society of Clinical Psychologists |
| 1992-1996 | Founding Member, Massachusetts Association of Guardians ad Litem |

## Cyberpsychology

| | |
|---|---|
| 2001 | "Presence, Flow, Absorption and Immersion on the Internet," Corey, McPherson and Nash |
| 2001 | "Online Therapy," discussant at Institute of Cybermedicine colloquium |
| 2000 | "Electronic Communication in the Workplace" MBA class at Babson College |
| 2000 | "Psychology on the Cutting Edge: New Applications," Massachusetts Psychological Association Fall Conference |
| 2000 | "Online Identities and Facilitating Environments," lecture in The Internet and Architecture course at the Harvard Graduate School of Design |
| 2000 | Founder and coordinator of the Cyberpsychology Colloquium |
| 2000 | Cyberpsychology Workshop, Massachusetts Psychological Association |

## Teaching

1999   Mage LLC, "Post Merger Integration—Managing the People Side"

| | |
|---|---|
| 1998 | Massachusetts Continuing Legal Education, Mental Disabilities under the Americans with Disabilities Act |
| 1998 | HR Consortium, *Conducting Fitness for Duty Evaluations* |
| 1998 | Employment Law Conference-- Hill & Barlow *Conflict in the Workplace-- How to Evaluate and Diffuse It* |
| 1997 | Massachusetts Continuing Legal Education, *The Legal Pitfalls of Hiring and Firing* |
| 1997 | ISI Systems Inc., *Sexual Harassment* |
| 1997 | Wolf, Greenfield & Sacks, P.C., *Sexual Harassment* |
| 1997 | Employment Law Conference-- Hill & Barlow *Pre-employment Testing* |
| 1996 | Seminar for Employers, Sullivan & Worcester *Violence at the Office* |
| 1996 | Employment Law Conference-- Hill & Barlow, Responding to Psychological Disabilities under the ADA |
| 1996 | Society of Professionals in Dispute Resolution, *ADR at Work* |
| 1996-1997 | Massachusetts Continuing Legal Education, *Employment Law Trial Advocacy Workshop* |
| 1996 | Seminar for Employers, Sullivan & Worcester *Managing and Accommodating Mental Disorders* |
| 1995 | Employment Law Conference-- Hill & Barlow *Minimizing Emotional Distress Claims in the Workplace* |
| 1995-1997 | Massachusetts Continuing Legal Education, *Experts by Experts: Direct and Cross Examination* |
| 1994 | Massachusetts Continuing Legal Education, *Trying Damages in Employment Cases* |
| 1994 | Employment Law Conference-- Hill & Barlow *Violence in the Workplace: How Companies Can Manage the Potential for Employee Violence* |
| 1983 | Teaching Assistant, Organizational Diagnosis course at Harvard Graduate School of Education taught by Harry Levinson |
| 1976-1978 | Adjunct Associate Professor of Education, Wheelock College, Boston, Massachusetts |
| 1974-1976 | Director, National Association of Independent Schools Conference on Early Adolescence, at Brown University, Providence, Rhode Island. |

**Forensic Psychology**

    1996- present   The Program in Psychiatry and the Law, Massachusetts Mental Health Center

<u>Family law</u>

    1990-present   **Guardian ad litem**, to establish custody and visitation arrangements in divorce proceedings, Essex, Middlesex, Bristol, Suffolk & Norfolk Massachusetts Probate Courts

<u>Employment issues</u>

    Consultation on the management of employees manifesting emotional distress at work.

    Consultation regarding violence in the workplace and risk assessment.

    Consultation on the use of psychological assessment for employment purposes.

    1999-2002  Senior Consultant, Mage International

    **Selected client list:**

    Astra USA
    Bank of Scotland
    Continental Cablevision
    Delta Dental Plan of Massachusetts
    General Dynamics, Groton Connecticut
    ISI Systems Inc.
    Medical Services Department, Massachusetts Institute of Technology
    Massachusetts Water Resources Authority
    William M. Mercer, Inc.
    Monitor & Company
    New England Business Systems
    Putnam Investments
    Shepley, Bulfinch, Richardson and Abbott
    Stubbins Associates, Inc.
    United States Postal Service

**Organizational Development**

    **Selected client list**

    Hamilton, Brook, Smith & Reynolds
    Hill & Barlow
    Lane and Altman
    Metropolitan Anesthesia Associates
    Order of the Sacred Heart
    Sullivan & Worcester
    Wang Laboratories
    Wolf, Greenfield & Sacks, P.C.

**Educational Consultation**

**Selected client list**

Amherst Regional Schools
Belmont Public Schools
Boston College Law School
Framingham Public Schools
Moses Brown School, Providence
Needham Public Schools
Newton Country Day School of the Sacred Heart
Northeastern University Law School
Triton Regional School System


## Clinical Psychology

| | |
|---|---|
| 1974-1983 | Psychologist, Powell Associates, Cambridge, Massachusetts |
| 1976-1983 | Psychologist, Department of Psychiatry, Cambridge Hospital, Cambridge, Massachusetts |
| 1973-1976 | Psychologist, McLean Hospital, Belmont, Massachusetts |
| 1971-1972 | Internship in Clinical Psychology, McLean Hospital (adults) and Beaverbrook Guidance Center (children), Belmont, Massachusetts |

**Administration**

    1972-1976    Assistant Director, McLean School Consultation and Training Program, McLean Hospital, Belmont, Massachusetts

**Research**

    1971    Neurobiology for Social Sciences, University of California at Irvine

**Publications:**

1995    Waxman, H. *How a Company Should Respond to a Threat of Violence,* Massachusetts Bar Association Labor and Employment Section News, 15: No.1

1995    Waxman, H. *Violence in the Workplace: How Companies Can Manage the Potential for Employee Violence,* Security Management 39: No. 9, September 1995

1986    Waxman, H. *How to Reduce Turnover Among Support Staff*, The National Law Journal 8: No. 35, 16

1986    Waxman, H., *Law Firm Expansion: Of Plagues and Pyramids*, Massachusetts Lawyers Weekly 14: No. 24 & 25, March 3 and 10, 1986, 23-24

1984    Waxman H. and Long, J., *Adultery and Marriage* in Marriage and Divorce: A Contemporary Perspective Nadelson, C., and Polonsky, D. (Eds.), Guilford Press, 1984

1974    Vanderpol, M., and Waxman, H., *Beyond Pathology: Some Basic Ideas for Effective Consultation*, Psychiatric Opinion 11: No.4, 18-24

1972    Koslin, S., Koslin, B., Pargament, R. and Waxman, H., *Racial Balance and Students' Interracial Attitudes*, J. of the Sociology of Education 45: 386-407