

June 12, 2000

Re: Bernadine Griffith

To Whom It May Concern:

    This letter is to confirm that Mrs. Bernadine Griffith is being treated here for a stress-related problem. In our opinion, this problem is currently disabling for her employment. We anticipate her being able to return to work on 6/26/00.

Yours truly,

John Garrison, Ph.D., FAClinP
Senior Psychologist