UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                       )
**BERNADINE T. GRIFFITH**               )
                                       )
            **Plaintiff,**              )
                                       )
v.                                     )    C.A. No. 03-CV-12573-EFH
                                       )
**ONEBEACON INSURANCE COMPANY,**        )
**ONEBEACON AMERICA INSURANCE**         )
**COMPANY, MICHAEL A. SISTO, and**      )
**KAREN ALLEN HOLMES**                  )
                                       )
            **Defendants.**             )
_____)


### DEFENDANTS MICHAEL A. SISTO AND KAREN ALLEN HOLMES MOTION FOR JUDGMENT ON THE PLEADINGS

Defendants Karen Allen Holmes ("Holmes") and Michael A. Sisto ("Sisto") (collectively, "Defendants") hereby move this Court for Judgment on the Pleadings as to Counts I through VI of the Plaintiff's Amended Complaint thereby dismissing them as Defendants in the above referenced action.

As grounds for their motion and as more fully set forth in Defendants' Memorandum of Law in Support of their Motion for Judgment on the Pleadings, Defendants Holmes and Sisto state that Plaintiff asserts in her Amended Complaint that both parties discriminated against her on the basis of her race, color, age, and disability in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000 *et seq.*, the Age Discrimination in Employment Act, 29 U.S.C. § 621 *et seq.*, and the Americans with Disabilities Act, 42 U.S.C. 12101, *et seq.*, respectively. Defendants deny these

allegations in their entirety and state that none of the anti-discrimination statues provide for recovery against individual defendants. Accordingly, Plaintiff's claims against the individual Defendants fail as a matter of law, and the claims against Holmes and Sisto must be dismissed.

        Respectfully submitted,

        ONEBEACON INSURANCE CO.,
        ONEBEACON AMERICA INSURANCE CO.,
        MICHAEL A. SISTO, and
        KAREN ALLEN HOLMES

        By their attorneys

        /s/ Leah M. Moore_____
        Keith B. Muntyan (BBO # 361380)
        keithmuntyan@morganbrown.com
        Leah M. Moore (BBO # 658217)
        lmoore@morganbrown.com
        MORGAN, BROWN & JOY, LLP
        200 State Street
        Boston, MA 02109
        617-523-6666 (phone)

Dated: June 9, 2005

## CERTIFICATE OF SERVICE

I, Leah M. Moore, hereby certify that on this 9th day of June 2005, I caused a true and correct copy of the foregoing to be served via first class mail upon Kathleen J. Hill, Esq., Attorney for Plaintiff, Law Office of Kathleen J. Hill, 92 State Street, Suite 700, Boston, Massachusetts 02109, being the address designated by said attorney for service of all pleadings.

        /s/ Leah M. Moore_____
        Leah M. Moore