# MORGAN, BROWN & JOY, LLP

ATTORNEYS AT LAW
200 STATE STREET
BOSTON, MASSACHUSETTS 02109-2605
TELEPHONE (617) 523-6666
FACSIMILE (617) 367-3125

LEAH M. MOORE

DIRECT DIAL (617) 788-5021
lmoore@morganbrown.com

June 9, 2005

<u>Via Facsimile and First Class Mail</u>

Kathleen J. Hill, Esq.
Law Office of Kathleen J. Hill
92 State Street, Suite 700
Boston, MA 02109

    Re:    <u>Griffith v. OneBeacon Insurance Company, et. al.</u>

Dear Kathleen:

    Thank you for your letter confirming Ms. Griffith's appointments with Dr. Waxman on June 15 and 22, 2005 at Dr. Waxman's office in Waban, Massachusetts.

    As I advised in my June 3 and June 8, 2005 letters, Ms. Griffith's appointments with Dr. Waxman are not to be recorded, and no persons other than Dr. Waxman and Ms. Griffith are to be present. Because this is not a deposition, the federal rules guarantee no right to record the sessions, and Dr. Waxman has advised us that he will not permit the sessions to be recorded.

    Ms. Griffith's June 15 and June 22, 2005 appointments with Dr. Waxman will go forward as scheduled with no tape recording and no persons other than Ms. Griffith and Dr. Waxman present unless the Court directs otherwise. As previously discussed, should Ms. Griffith fail to appear for either appointment, Dr. Waxman's charge for the full four hour session will be forwarded to you for payment.

    It has come to my attention that directions to Dr. Waxman's office were not included with my last letter. The directions accompany this letter.

MORGAN, BROWN & JOY LLP

Kathleen J. Hill
June 9, 2005
Page 2

Regards,

Leah M. Moore

enclosure

cc:  Harvey Waxman, Ph.D. (via first class mail w/o encl.)
     Joan K. Geddes, Esq. (via first class mail w/o encl.)
     Keith B. Muntyan, Esq. (w/o encl.)

**Directions to Dr. Harvey Waxman's office, 29 Ashmont Road, Waban, MA**

From Newton Centre: Head west on Beacon Street. At the intersection of Beacon and Walnut Streets (Whole Foods) stay on Beacon for .9 mi. Turn right onto Ashmont Road. Second house on left.

From Route 128: Take exit #21 which is Rte 16. At end of ramp turn right and go 1 block to lights. At lights bear right onto Beacon Street. Stay on Beacon 1.1 mi. One block after light at Beacon and Chestnut turn left onto Ashmont Road. Second house on left.

The office is on the 3rd floor. Please park on the street, walk up the driveway to the back of the house, and come in the office entrance in the rear. At the top of the stairs is the waiting room.

**MORGAN, BROWN & JOY**
One Boston Place
Boston, Massachusetts, 02108

Tel: (617) 523-6666     Fax: (617) 367-3125

# FAX COVER SHEET

**To:**             Kathleen Hill, Esq.

**From:**           Leah M. Moore, Esq.

**Number:**         617-742-4508

**Date:**           June 9, 2005

**Number of Pages:**   3 pages

**Client No.**      1140.007
................

**Special Instructions:**

CONFIDENTIALITY NOTICE

The documents accompanying this facsimile transmission are confidential, and intended only for the use of the individual to whom the transmission is directed. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this telecopied information is prohibited. If you have received this facsimile in error, please notify us by telephone immediately so that we can arrange for retrieval of the original documents at no cost to your office. Thank you for your assistance.

```
                                                                    P.01
                       SEND REPORT
                                              JUN-09-2005 THU 11:34 AM

    FOR:  MORGAN BROWN              16173679629

 #  DATE   START    RECEIVER         TX TIME   PAGES  TYPE    NOTE      M#   DP
 01 JUN-08 12:57 PM 916174510763        19"      2    SEND    OK        068
 02        12:58 PM 915084854477        37"      2    SEND    OK        069
 03        02:29 PM 915105264954      1'53"      3    SEND    OK        070
 04        02:34 PM 912124941969        29"      3    SEND    OK        071
 05        02:35 PM 916175656725      1'06"      3    SEND    OK        072
 06        04:07 PM 919147888059      4'08"     12    SEND    OK        073
 07        04:11 PM 912033630333        21"      2    SEND    OK        074
 08        05:11 PM 917816394730        37"      1    SEND    CANCEL    075
 09        05:13 PM 917816394730      7'54"     13    SEND    OK        076
 10 JUN-09 10:15 AM 915086783535        53"      4    SEND    OK        077
 11        11:11 AM 914012766611        30"      3    SEND    OK        078
 12        11:12 AM 916175653196        23"      2    SEND    OK        079
 13        11:18 AM 912168960608      1'53"     17    SEND    OK        080
 14        11:20 AM 916177424508        58"      4    SEND    OK        081
 15        11:25 AM 916177424508      2'20"      9    SEND    OK        082

                          TOTAL:     24'21"     80

                          GRAND TOTAL TIME:   476H 32M 47S  PAGES:  97738
```