# LAW OFFICE OF KATHLEEN J. HILL
*ATTORNEY & COUNSELOR AT LAW*
92 State Street
Suite 700, 7th Floor
Boston, Massachusetts 02109

KATHLEEN J. HILL
Site: www.kathleenjhill.com

Telephone: 617.742.0457
Facsimile: 617.742.4508

Facsimile and U.S. Mail

June 13, 2005

h M. Moore, Esq.
Morgan, Brown & Joy, L.L.P.
 State Street, 11th Floor
Boston, MA 02109-2605

Re: Griffith v. OneBeacon Insurance Company, et. al.
Docket No. 03-CV-12573 EFH

Dear Attorney Moore:

As indicated in my June 8, 2005 letter confirming the proposed appointments with Dr. Harvey Waxman, Ms. Griffith intends to make an audio cassette recording of the scheduled mental examination. Contrary to what you write in your June 9, 2005 letter, the federal rules do not prohibit the recording of the mental examination. Furthermore, as I objected in my opposition, the rule requires the moving party to "specify the time, place, manner, conditions, and scope of the examination and the person or persons by whom it is to be made."

Very truly yours,

Kathleen J. Hill

cc: Ms. Bernadine T. Griffith