UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BERNADINE T. GRIFFITH<br><br>        Plaintiff,<br><br>v.<br><br>ONEBEACON INSURANCE COMPANY,<br>ONEBEACON AMERICA INSURANCE<br>COMPANY, MICHAEL A. SISTO, and<br>KAREN ALLEN HOLMES<br><br>        Defendants. | C.A. No. 03-CV-12573-EFH |

AFFIDAVIT OF HARVEY S. WAXMAN, Ph. D.

I, HARVEY S. WAXMAN, Ph. D., declare under penalty of perjury that the following is true and correct:

    1.    I am a licensed psychologist in the Commonwealth of Massachusetts.

    2.    I have been retained by the defendants in this case to conduct a mental examination of the plaintiff, Bernadine Griffith.

    3.    I am advised by counsel for the defendants that the Court (Judge Harrington) has granted defendants' motion which specifically sought the Court's approval of their request that I be authorized to conduct a mental examination of the plaintiff.

    4.    In preparation for conducting this examination I have already devoted considerable time to reviewing relevant documents, including the plaintiff's medical

1

records and the transcript of her deposition.

5. I understand that the plaintiff has demanded that she be permitted to tape record the examination. I have advised counsel for defendants that based on my professional experience I am opposed to this. The knowledge that a tape recorder is running makes people more self-conscious and reduces the candor and openness of the individual during examination. An individual who may have been becoming somewhat frank with me is likely to retreat to a more guarded, less forthcoming manner as a result of such intrusion. This is the basis for my not wishing to have the plaintiff record the mental examination on audio tape.

Dated: June 13, 2005

_____
Harvey S. Waxman, Ph. D.