# MORGAN, BROWN & JOY, LLP

ATTORNEYS AT LAW

200 STATE STREET

BOSTON, MASSACHUSETTS 02109-2605

TELEPHONE (617) 523-6666

FACSIMILE (617) 367-3125

LEAH M. MOORE

DIRECT DIAL (617) 788-5021
lmoore@morganbrown.com

June 10, 2005

<u>Via Facsimile</u>

Kathleen J. Hill, Esq.
Law Office of Kathleen J. Hill
92 State Street, Suite 700
Boston, MA 02109

Re:   <u>Griffith v. OneBeacon Insurance Company, et. al.</u>

Dear Kathleen:

On June 15, I will be filing with the Court a motion for leave to file a brief in excess of 20 pages in support of our motion for summary judgment. I would like to be able to advise the Court whether you assent, do not oppose, or oppose that motion. If you will let me know your position by noon on June 15, I will include it in my motion.

Regards,

Leah M. Moore

cc:   Joan K. Geddes, Esq. (via first class mail)
      Keith B. Muntyan, Esq.

```
                              SEND REPORT                                P.01
                              ───────────
                                                        JUN-10-2005 FRI 12:41 PM

     FOR:  MORGAN BROWN            16173679629
───────────────────────────────────────────────────────────────────────────────
#  DATE  START      RECEIVER      TX TIME   PAGES TYPE      NOTE        M#  DP


07 JUN-10
08        11:52 AM  916177424508    36"       2   SEND      OK
09
10
11
12


                              GRAND TOTAL TIME:   476H 49M 9S  PAGES: 97810
```