June 29, 2005

Via Facsimile

Kathleen J. Hill, Esq.
Law Office of Kathleen J. Hill
92 State Street, Suite 700
Boston, MA 02109

    Re:    Griffith v. OneBeacon Insurance Company, et. al.

Dear Kathleen:

    I write to follow up on Keith Muntyan's telephone call to you earlier today.

    As Keith mentioned, Dr. Waxman has informed us that he would like some additional time to complete his report of Ms. Griffith's examination. Would you please let me know by Thursday, June 30 at 2:00 p.m. whether you assent, do not oppose, or oppose an extension from July 14, 2005 to July 26, 2005 so that I may inform the Court? A draft of the motion I will file tomorrow at 2:00 p.m. accompanies this letter.

    Should you have any questions or concerns, please do not hesitate to contact me. Have a great long weekend.

    Regards,

    ORIGNIAL SIGNED BY LEAH M. MOORE

    Leah M. Moore

enclosure

cc:    Joan K. Geddes, Esq.
       Keith B. Muntyan, Esq. (w/o encl.)