# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

_____
                                       )
**BERNADINE T. GRIFFITH**              )
                                       )
      **Plaintiff,**     )
                                       )
v.                                     )   C.A. No. 03-CV-12573-EFH
                                       )
**ONEBEACON INSURANCE COMPANY,**       )
**ONEBEACON AMERICA INSURANCE**        )   **DEFENDANTS' MOTION TO EXTEND**
**COMPANY, MICHAEL A. SISTO, and**     )   **TIME FOR FILING OF SUMMARY**
**KAREN ALLEN HOLMES**                 )   **JUDGMENT MOTION BY ONE DAY**
                                       )
      **Defendants.**    )
_____)

NOW COME Defendants OneBeacon Insurance Company, OneBeacon America Insurance Company, Michael A. Sisto, and Karen Allen Holmes (collectively, "Defendants") who respectfully request a one day extension of the time for the filing of their Motion for Summary Judgment, extending the date for filing from Wednesday, July 20, 2005 to Thursday, July 21, 2005.

As grounds for their motion, Defendants' counsel states that they encountered severe technical difficulties in the last stages of preparing their brief and request one day extension to remedy the situation.

WHEREFORE, Defendants respectfully request this Court extend the time for the filing of Defendants' Motion for Summary Judgment by one business day, extending the deadline to Thursday, July 21, 2005. .

        Respectfully submitted,

        ONEBEACON INSURANCE CO.,
        ONEBEACON AMERICA INSURANCE CO.,
        MICHAEL A. SISTO, and
        KAREN ALLEN HOLMES

        By their attorneys

        /s/ Leah M. Moore_____
        Keith B. Muntyan (BBO # 361380)
        keithmuntyan@morganbrown.com
        Leah M. Moore (BBO # 658217)
        lmoore@morganbrown.com
        MORGAN, BROWN & JOY, LLP
        200 State Street
        Boston, MA 02109
        617-523-6666 (phone)

Dated: July 20, 2005

## CERTIFICATE OF SERVICE

I, Leah M. Moore, hereby certify that on July 20, 2005, I caused a true and correct copy of the foregoing to be served via first class mail upon Kathleen J. Hill, Esq., Attorney for Plaintiff, Law Office of Kathleen J. Hill, 92 State Street, Suite 700, Boston, Massachusetts 02109, being the address designated by said attorney for service of all pleadings.

        /s/ Leah M. Moore_____
        Leah M. Moore