**MORGAN, BROWN & JOY, LLP**
ATTORNEYS AT LAW
200 STATE STREET
BOSTON, MASSACHUSETTS 02109-2605
TELEPHONE (617) 523-6666
FACSIMILE (617) 367-3125

LEAH M. MOORE

DIRECT DIAL (617) 788-5021
lmoore@morganbrown.com

July 25, 2005

<u>Via First Class Mail</u>

Kathleen J. Hill, Esq.
Law Office of Kathleen J. Hill
92 State Street, Suite 700
Boston, MA 02109

Re:   <u>Griffith v. OneBeacon Insurance Company, et. al.</u>

Dear Kathleen:

Given the extensions the Court granted Defendants on their Motion for Summary Judgment, should Plaintiff choose to seek it, Defendants would assent to a one week extension of the filing deadline for Plaintiff's Opposition, moving the deadline from August 5 to August 12, 2005. Please let me know what you decide.

Regards,

*Leah Moore*

Leah M. Moore

cc:   Joan K. Geddes, Esq.
      Keith B. Muntyan, Esq.