# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

_____
)
**BERNADINE T. GRIFFITH**                )
)
**Plaintiff,**                )
)
**v.**                )         **C.A. No. 03-CV-12573-EFH**
)
**ONEBEACON INSURANCE COMPANY,**    )    **DEFENDANTS' MOTION FOR**
**ONEBEACON AMERICA INSURANCE**     )    **LEAVE TO FILE REPLY**
**COMPANY, MICHAEL A. SISTO, and**  )
**KAREN ALLEN HOLMES**              )
)
**Defendants.**                )
_____)

Pursuant to Local Rule 7.1B(3), the defendants OneBeacon Insurance Company,

OneBeacon America Insurance Company, Michael A. Sisto, and Karen Allen Holmes

(collectively, the "defendants"), by and through their attorneys, hereby seek leave to file a reply

memorandum in support of their Motion for Summary Judgment.

As grounds for their motion, the defendants state that the plaintiff's Opposition to

Defendants' Motion for Summary Judgment and Memorandum of Law in Support of her

Opposition contain arguments not addressed in the defendants' original motion.  Accordingly,

the defendants seek leave to file their reply to the plaintiff's Opposition on or before Monday,

August 22, 2005.

Respectfully submitted,

ONEBEACON INSURANCE CO.,
ONEBEACON AMERICA INSURANCE CO.,
MICHAEL A. SISTO, and
KAREN ALLEN HOLMES

By their attorneys


/s/ Leah M. Moore
Keith B. Muntyan (BBO # 361380)
keithmuntyan@morganbrown.com
Leah M. Moore (BBO # 658217)
lmoore@morganbrown.com
MORGAN, BROWN & JOY, LLP
200 State Street
Boston, MA 02109
617-523-6666 (phone)
617-367-3629 (fax)

Dated: August 15, 2005


## CERTIFICATE OF SERVICE

I, Leah M. Moore, hereby certify that on August 15, 2005, I caused a true and correct copy of the foregoing to be served via first class mail upon Kathleen J. Hill, Esq., Attorney for Plaintiff, Law Office of Kathleen J. Hill, 92 State Street, Suite 700, Boston, Massachusetts 02109, being the address designated by said attorney for service of all pleadings.

/s/ Leah M. Moore
Leah M. Moore