UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CIVIL ACTION NO.: 03 CV 12573 EFH

|  |  |
|---|---|
| BERNADINE T. GRIFFITH<br>Plaintiff<br><br>vs.<br><br>ONEBEACON INSURANCE COMPANY,<br>ONEBEACON AMERICA INSURANCE<br>COMPANY, MICHAEL A. SISTO, and<br>KAREN ALLEN HOLMES<br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**

NOW COMES the Plaintiff, Bernadine T. Griffith, who respectfully moves this Honorable Court to grant the Plaintiff a default judgment against all Defendants in the above-captioned action on the grounds that the Defendants have violated federal laws and the Rules of this Court; intentionally and maliciously published Plaintiff's personal data identifiers and confidential information on PACER in the course of litigation, subjecting the Plaintiff to identity theft; failed to obtain leave of the court to file the Defendants' Motion for Summary Judgment under seal; failed to serve the Plaintiff with a written copy of the July 29, 2005 Defendants' Motion For Summary Judgment, in accordance with the Rules and the July 27, 2005 Order; and failed to comply with discovery orders dated September 14, 2004 and March 15, 2005.

In support of this Motion, the Plaintiff submits her Memorandum of Law herewith and re-incorporates the Plaintiff's Opposition To Defendants' Motion For Summary Judgment with Attorney Affidavit and supporting Memorandum of Law that is filed herewith.

1

WHEREFORE, the Plaintiff requests this Honorable Court allow the Plaintiff's Motion For Default Judgment and issue an order imposing sanctions pursuant this Court's inherent powers and to Rule 37(b)(2), and render a Default Judgment against the Defendants with regard to Plaintiff's Complaint; schedule an hearing on damages; find the Defendants in contempt of court for their failure to obey the September 14, 2005 and March 15, 2005 Discovery Orders and the July 27, 2005 Order; and in addition thereto, order Defendants and/or its attorneys, jointly and severally, to pay reasonable expenses, including attorney's fees and expenses caused by Defendants' failure to comply with the Court's Orders.

### RULE 7.1(d) REQUEST

THE PLAINTIFF RESPECTFULLY REQUESTS ORAL ARGUMENT.

Date: August 11, 2005

Respectfully submitted,
BERNADINE T. GRIFFITH
By her Attorney,

_____
Kathleen J. Hill     BBO# 644665
LAW OFFICE OF KATHLEEN J. HILL
92 State Street, Suite 700
Boston, MA 02109
617.742.0457 (O) / 617.742.4508 (F)

## CERTIFICATE OF SERVICE

I, Kathleen J. Hill, herein certify that I served a true and accurate copy of the foregoing Plaintiff's Motion for Default Judgment on the counsel of record: *Keith B. Muntyan and Leah M. Moore*, of Morgan, Brown & Joy, Two Hundred State Street, 11th Floor, Boston, Massachusetts 02109 by pre-paid U.S. Mail on this 11th day of August 2005.

_____
Kathleen J. Hill        BBO# 644665