Exhibit A

| | | |
|---|---|---|
| | | Produce Expert Report of Harvey S. Waxman, Ph.D. filed by Bernadine T. Griffith. (Attachments: # 1 Exhibit A)(Holahan, Sandra) (Entered: 07/13/2005) |
| 07/20/2005 | 60 | Emergency MOTION for Extension of Time to July 21, 2005 to File *Summary Judgment Motion* by OneBeacon Insurance Company, OneBeacon America Insurance Company, Michael A. Sisto, Karen Allen Holmes.(Moore, Leah) (Entered: 07/20/2005) |
| 07/21/2005 | | Judge Edward F. Harrington : Electronic ORDER entered granting 60 Motion for Extension of Time to File. MOTION ALLOWED. cc/cl (Holahan, Sandra) (Entered: 07/21/2005) |
| 07/21/2005 | 61 | MOTION for Declaratory Judgment by OneBeacon Insurance Company, OneBeacon America Insurance Company, Michael A. Sisto, Karen Allen Holmes. (Attachments: # 1 Exhibit A1# 2 Exhibit A2# 3 Exhibit A3# 4 Exhibit A4# 5 Exhibit B# 6 Exhibit C# 7 Exhibit D# 8 Exhibit E# 9 Exhibit F# 10 Exhibit G# 11 Exhibit H# 12 Exhibit I# 13 Exhibit J# 14 Exhibit K# 15 Exhibit L# 16 Exhibit M# 17 Exhibit N# 18 Exhibit O# 19 Exhibit P# 20 Exhibit Q# 21 Exhibit R# 22 Exhibit S# 23 Exhibit T# 24 Exhibit U# 25 Exhibit V# 26 Exhibit W# 27 Exhibit X# 28 Exhibit Y# 29 Exhibit Z# 30 Exhibit AA# 31 Exhibit BB# 32 Exhibit CC# 33 Exhibit DD# 34 Exhibit EE# 35 Exhibit FF# 36 Exhibit GG# 37 Exhibit HH# 38 Exhibit II# 39 Exhibit JJ# 40 Exhibit KK# 41 Exhibit LL# 42 Exhibit MM# 43 Exhibit NN# 44 Exhibit OO# 45 Exhibit PP# 46 Exhibit QQ# 47 Exhibit RR# 48 Exhibit SS# 49 Exhibit TT# 50 Exhibit UU)(Moore, Leah) (Entered: 07/21/2005) |
| 07/21/2005 | 62 | STATEMENT of facts re 61 MOTION for Declaratory Judgment. (Attachments: # 1 Supplement pages 21-28 of Statement of Undisputed Material Facts)(Moore, Leah) (Entered: 07/21/2005) |
| 07/21/2005 | 63 | MEMORANDUM in Support re 61 MOTION for Declaratory Judgment filed by OneBeacon Insurance Company, OneBeacon America Insurance Company, Michael A. Sisto, Karen Allen Holmes. (Attachments: # 1 Supplement second half of brief)(Moore, Leah) (Entered: 07/21/2005) |
| 07/22/2005 | 64 | MOTION for Summary Judgment by OneBeacon Insurance Company, OneBeacon America Insurance Company, Michael A. Sisto, Karen Allen Holmes.(Moore, Leah) (Entered: 07/22/2005) |
| 07/22/2005 | 65 | MEMORANDUM in Support re 64 MOTION for Summary Judgment filed by OneBeacon Insurance Company, OneBeacon America Insurance Company, Michael A. Sisto, Karen Allen Holmes. (Attachments: # 1 Supplement Memorandum of Law - part 2)(Moore, Leah) (Entered: 07/22/2005) |
| 07/22/2005 | 66 | STATEMENT of facts re 64 MOTION for Summary Judgment. (Attachments: # 1 Supplement Facts - part 2)(Moore, Leah) (Entered: 07/22/2005) |
| 07/22/2005 | 67 | MOTION for Summary Judgment by OneBeacon Insurance Company, OneBeacon America Insurance Company, Michael A. Sisto, Karen Allen |

| | | Holmes.(Moore, Leah) (Entered: 07/22/2005) |
|---|---|---|
| 07/22/2005 | 68 | MEMORANDUM in Support re 67 MOTION for Summary Judgment filed by OneBeacon Insurance Company, OneBeacon America Insurance Company, Michael A. Sisto, Karen Allen Holmes. (Attachments: # 1 Supplement Memo of Law - pt 2)(Moore, Leah) (Entered: 07/22/2005) |
| 07/22/2005 | 69 | STATEMENT of facts re 67 MOTION for Summary Judgment. (Attachments: # 1 Supplement Facts - pt. 2)(Moore, Leah) (Entered: 07/22/2005) |
| 07/22/2005 | 70 | DECLARATION re 67 MOTION for Summary Judgment by OneBeacon Insurance Company, OneBeacon America Insurance Company, Michael A. Sisto, Karen Allen Holmes. (Moore, Leah) (Entered: 07/22/2005) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 07/25/2005 15:39:05 | | |
| **PACER Login:** kb0558 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** 1:03-cv-12573-EFH |
| **Billable Pages:** 6 | **Cost:** | 0.48 |

Exhibit B

## *UNITED STATES DISTRICT COURT*
## *DISTRICT OF MASSACHUSETTS*

*CIVIL ACTION NO.: 03 CV 12573-EFH*

)
BERNADINE T. GRIFFITH          )
    Plaintiff                  )
)
vs.                            )
)
ONEBEACON INSURANCE COMPANY,   )
ONEBEACON AMERICA INSURANCE    )
COMPANY, MICHAEL A. SISTO, and )
KAREN ALLEN HOLMES             )
    Defendants                 )
_____)

### PLAINTIFF'S EMERGENCY MOTION TO SEAL
### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

NOW COMES the Plaintiff, Bernadine T. Griffith, who moves this Honorable Court to

remove any and all filings on PACER pertaining to Defendants' Motion For Summary Judgment

on the grounds that the Defendants have wrongfully published personal and confidential

information pertaining to the Plaintiff in electronic filings docketed as numbers 61-70. *See*

*Exhibit A July 25, 2005 print out of docket sheet on PACER.* On July 25, 2005, when this

counsel first learned of the wrongfully publication of Plaintiff's personal and confidential

information, this counsel called and faxed a letter to Defendants' counsel requesting the

immediate filing of a motion to seal the Defendants' Motion for Summary Judgment and

requested the Defendants serve the Plaintiff with a written copy of Defendants' Motion for

Summary Judgment. *See attached Exhibit B, July 25, 2005 letter to Defendants' Counsel.* This

counsel also contacted the Court via facsimile and conferred with Sandra Holadran by telephone.

1

The Motion in question exceeds the forty (40) page limit that this Court ordered on June 27, 2005. The Motion contains 28 pages referred to as a "Statement of Undisputed Material Facts" and 33 pages referred to as a "Memorandum of Law." The Defendants also filed a Declaration and 51 Exhibits, which improperly contains documents other than sworn statements, i.e., affidavits, deposition testimony, or answers to interrogatories. In addition to the July 21, 2005 electronic filing of Defendants' Motion for Summary Judgment (of which there is no "motion"), the Defendants once again filed a Motion for Summary Judgment on July 22, 2005. This time, however, Defendants electronically filed a "motion" titled "Memorandum of Law in Support of Defendants' Motion for Summary Judgment" on July 22, 2005 and claimed service was made on July 21, 2005. *See attached Exhibit C, a 3-page filing titled "Memorandum of Law in Support of Defendants' Motion for Summary Judgment."*

To date, five (5) days after the alleged service, Plaintiff has not received a written copy of the Defendants' Motion for Summary Judgment. When inquiring about the lack of service, Defendants' counsel claimed she mailed a copy on the first day of the electronic filings and service is good because Defendants have made an electronic filing. *See attached Exhibit D, July 25, 2005 facsimile letter to Plaintiff's counsel.*

WHEREFORE, the plaintiff respectfully requests the Honorable Court issue an order: (1) to remove Defendants' Motion for Summary Judgment from PACER, as electronically filed and docketed as docket numbers 61 – 70, (2) require the Defendants to file only one copy of a Motion for Summary Judgment that does not exceed forty (40) pages and require Defendants to serve a written copy of the Defendants' Motion for Summary Judgment with seven (7) days of the Court's order; and, (3) allow Plaintiff fourteen (14) days to file an opposition to Defendants'

2

Motion for Summary Judgment from receipt of a written copy of Defendants' Motion for

Summary Judgment.

<div style="margin-left: 40%;">

Respectfully submitted,
BERNADINE T. GRIFFITH
By her Attorney,


Kathleen J. Hill        BBO# 644665
LAW OFFICE OF KATHLEEN J. HILL
92 State Street, Suite 700
Boston, MA 02109
617.742.0457 (O) / 617.742.4508 (F)

</div>

Date:

3

## CERTIFICATE OF SERVICE

I, Kathleen J. Hill, certify that I served a true and accurate copy of the foregoing

Plaintiff's Emergency Motion To Seal Defendants' Motion for Summary Judgment on the

counsel of record: *Keith B. Muntyan and Leah M. Moore*, of Morgan, Brown & Joy, Two

Hundred State Street, 11th Floor, Boston, Massachusetts 02109 by pre-paid U.S. Mail and

facsimile on this 26th day of July 2005.

Kathleen J. Hill

4