Exhibit A

| | | |
|---|---|---|
| | | Holmes.(Moore, Leah) (Entered: 07/22/2005) |
| 07/22/2005 | 68 | MEMORANDUM in Support re 67 MOTION for Summary Judgment filed by OneBeacon Insurance Company, OneBeacon America Insurance Company, Michael A. Sisto, Karen Allen Holmes. (Attachments: # 1 Supplement Memo of Law - pt 2)(Moore, Leah) (Entered: 07/22/2005) |
| 07/22/2005 | 69 | STATEMENT of facts re 67 MOTION for Summary Judgment. (Attachments: # 1 Supplement Facts - pt. 2)(Moore, Leah) (Entered: 07/22/2005) |
| 07/22/2005 | 70 | DECLARATION re 67 MOTION for Summary Judgment by OneBeacon Insurance Company, OneBeacon America Insurance Company, Michael A. Sisto, Karen Allen Holmes. (Moore, Leah) (Entered: 07/22/2005) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 07/25/2005 15:39:05 | | | |
| PACER Login: | kh0558 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:03-cv-12573-EFH |
| Billable Pages: | 6 | Cost: | 0.48 |

| | | |
|---|---|---|
| | | Produce Expert Report of Harvey S. Waxman, Ph.D. filed by Bernadine T. Griffith. (Attachments: # 1 Exhibit A)(Holahan, Sandra) (Entered: 07/13/2005) |
| 07/20/2005 | 60 | Emergency MOTION for Extension of Time to July 21, 2005 to File *Summary Judgment Motion* by OneBeacon Insurance Company, OneBeacon America Insurance Company, Michael A. Sisto, Karen Allen Holmes.(Moore, Leah) (Entered: 07/20/2005) |
| 07/21/2005 | | Judge Edward F. Harrington : Electronic ORDER entered granting 60 Motion for Extension of Time to File. MOTION ALLOWED. cc/cl (Holahan, Sandra) (Entered: 07/21/2005) |
| 07/21/2005 | 61 | MOTION for Declaratory Judgment by OneBeacon Insurance Company, OneBeacon America Insurance Company, Michael A. Sisto, Karen Allen Holmes. (Attachments: # 1 Exhibit A1# 2 Exhibit A2# 3 Exhibit A3# 4 Exhibit A4# 5 Exhibit B# 6 Exhibit C# 7 Exhibit D# 8 Exhibit E# 9 Exhibit F# 10 Exhibit G# 11 Exhibit H# 12 Exhibit I# 13 Exhibit J# 14 Exhibit K# 15 Exhibit L# 16 Exhibit M# 17 Exhibit N# 18 Exhibit O# 19 Exhibit P# 20 Exhibit Q# 21 Exhibit R# 22 Exhibit S# 23 Exhibit T# 24 Exhibit U# 25 Exhibit V# 26 Exhibit W# 27 Exhibit X# 28 Exhibit Y# 29 Exhibit Z# 30 Exhibit AA# 31 Exhibit BB# 32 Exhibit CC# 33 Exhibit DD# 34 Exhibit EE# 35 Exhibit FF# 36 Exhibit GG# 37 Exhibit HH# 38 Exhibit II# 39 Exhibit JJ# 40 Exhibit KK# 41 Exhibit LL# 42 Exhibit MM# 43 Exhibit NN# 44 Exhibit OO# 45 Exhibit PP# 46 Exhibit QQ# 47 Exhibit RR# 48 Exhibit SS# 49 Exhibit TT# 50 Exhibit UU)(Moore, Leah) (Entered: 07/21/2005) |
| 07/21/2005 | 62 | STATEMENT of facts re 61 MOTION for Declaratory Judgment. (Attachments: # 1 Supplement pages 21-28 of Statement of Undisputed Material Facts)(Moore, Leah) (Entered: 07/21/2005) |
| 07/21/2005 | 63 | MEMORANDUM in Support re 61 MOTION for Declaratory Judgment filed by OneBeacon Insurance Company, OneBeacon America Insurance Company, Michael A. Sisto, Karen Allen Holmes. (Attachments: # 1 Supplement second half of brief)(Moore, Leah) (Entered: 07/21/2005) |
| 07/22/2005 | 64 | MOTION for Summary Judgment by OneBeacon Insurance Company, OneBeacon America Insurance Company, Michael A. Sisto, Karen Allen Holmes.(Moore, Leah) (Entered: 07/22/2005) |
| 07/22/2005 | 65 | MEMORANDUM in Support re 64 MOTION for Summary Judgment filed by OneBeacon Insurance Company, OneBeacon America Insurance Company, Michael A. Sisto, Karen Allen Holmes. (Attachments: # 1 Supplement Memorandum of Law - part 2)(Moore, Leah) (Entered: 07/22/2005) |
| 07/22/2005 | 66 | STATEMENT of facts re 64 MOTION for Summary Judgment. (Attachments: # 1 Supplement Facts - part 2)(Moore, Leah) (Entered: 07/22/2005) |
| 07/22/2005 | 67 | MOTION for Summary Judgment by OneBeacon Insurance Company, OneBeacon America Insurance Company, Michael A. Sisto, Karen Allen |

| | | |
|---|---|---|
| | | Exhibit 9# 4 Exhibit 16# 5 Exhibit 17# 6 Exhibit 18)(Holahan, Sandra) (Entered: 06/23/2005) |
| 06/23/2005 | 54 | MOTION for Leave to File *Reply* by OneBeacon Insurance Company, OneBeacon America Insurance Company, Michael A. Sisto, Karen Allen Holmes.(Moore, Leah) (Entered: 06/23/2005) |
| 06/23/2005 | 55 | REPLY to Response to Motion re 47 MOTION for Judgment on the Pleadings filed by OneBeacon Insurance Company, OneBeacon America Insurance Company, Michael A. Sisto, Karen Allen Holmes. (Moore, Leah) (Entered: 06/23/2005) |
| 06/23/2005 | | Judge Edward F. Harrington : Electronic ORDER entered denying 47 Motion for Judgment on the Pleadings. MOTION DENIED. cc/cl (Holahan, Sandra) (Entered: 06/23/2005) |
| 06/23/2005 | | Motions terminated: 50 MOTION for Judgment on the Pleadings filed by Michael A. Sisto,, Karen Allen Holmes,. (DUPLICATE OF DOCUMENT #47) (Holahan, Sandra) (Entered: 06/23/2005) |
| 06/27/2005 | | Judge Edward F. Harrington : Electronic ORDER entered granting 54 Motion for Leave to File reply. MOTION ALLOWED. cc/cl (Holahan, Sandra) (Entered: 06/28/2005) |
| 06/29/2005 | | Judge Edward F. Harrington : Electronic ORDER entered granting 52 Motion for Leave to File Excess Pages. MOTION ALLOWED. cc/cl (Holahan, Sandra) (Entered: 06/29/2005) |
| 06/30/2005 | 56 | MOTION for Extension of Time to July 26, 2005 to Produce Expert Report of Harvey S. Waxman, Ph.D. by OneBeacon Insurance Company, OneBeacon America Insurance Company, Michael A. Sisto, Karen Allen Holmes. (Attachments: # 1 Exhibit A)(Moore, Leah) (Entered: 06/30/2005) |
| 07/08/2005 | | Judge Edward F. Harrington : Electronic ORDER entered granting 56 Motion for Extension of Time. MOTION ALLOWED. cc/cl (Holahan, Sandra) (Entered: 07/08/2005) |
| 07/11/2005 | 57 | Emergency MOTION for Extension of Time to 7/20/2005 to File *Summary Judgment Motion* by OneBeacon Insurance Company, OneBeacon America Insurance Company, Michael A. Sisto, Karen Allen Holmes.(Moore, Leah) (Entered: 07/11/2005) |
| 07/12/2005 | | Judge Edward F. Harrington : Electronic ORDER entered granting 57 Motion for Extension of Time to File. MOTION ALLOWED. cc/cl (Holahan, Sandra) (Entered: 07/12/2005) |
| 07/12/2005 | 58 | REPLY to Response to Motion re 56 MOTION for Extension of Time to July 26, 2005 to Produce Expert Report of Harvey S. Waxman, Ph.D. filed by OneBeacon Insurance Company, OneBeacon America Insurance Company, Michael A. Sisto, Karen Allen Holmes. (Moore, Leah) (Entered: 07/12/2005) |
| 07/12/2005 | 59 | Opposition re 56 MOTION for Extension of Time to July 26, 2005 to |

| Date | # | Description |
|---|---|---|
| 05/02/2005 | 44 | MOTION for Discovery *Rule 35(a) Mental Examination* by OneBeacon Insurance Company, OneBeacon America Insurance Company, Michael A. Sisto, Karen Allen Holmes.(Moore, Leah) (Entered: 05/02/2005) |
| 05/02/2005 | 45 | MEMORANDUM in Support re 44 MOTION for Discovery *Rule 35(a) Mental Examination* filed by OneBeacon Insurance Company, OneBeacon America Insurance Company, Michael A. Sisto, Karen Allen Holmes. (Attachments: # 1 Exhibit Exhibit A# 2 Exhibit Exhibit B# 3 Exhibit Exhibit 1 to Exhibit B# 4 Exhibit Exhibit 2 to Exhibit B# 5 Exhibit Exhibit C# 6 Exhibit Exhibit D)(Moore, Leah) (Entered: 05/02/2005) |
| 05/04/2005 |  | Judge Edward F. Harrington : Electronic ORDER entered granting 43 Motion for Extension of Time to Complete Discovery. MOTION ALLOWED. cc/cl (Holahan, Sandra) (Entered: 05/04/2005) |
| 05/16/2005 | 46 | Opposition re 44 MOTION for Discovery *Rule 35(a) Mental Examination* filed by Bernadine T. Griffith. (Holahan, Sandra) (Entered: 05/17/2005) |
| 05/18/2005 |  | Judge Edward F. Harrington : Electronic ORDER entered granting 44 Motion to conduct Rule 35 examination. MOTION ALLOWED. SO ORDERED. cc/cl (Holahan, Sandra) (Entered: 05/18/2005) |
| 06/09/2005 | 47 | MOTION for Judgment on the Pleadings by Michael A. Sisto, Karen Allen Holmes.(Moore, Leah) (Entered: 06/09/2005) |
| 06/09/2005 | 48 | MEMORANDUM in Support re 47 MOTION for Judgment on the Pleadings filed by Michael A. Sisto, Karen Allen Holmes. (Attachments: # 1 Exhibit One)(Moore, Leah) (Entered: 06/09/2005) |
| 06/10/2005 | 50 | MOTION for Judgment on the Pleadings as to Counts I-VI by Michael A. Sisto, Karen Allen Holmes.(Holahan, Sandra) (Entered: 06/15/2005) |
| 06/10/2005 | 51 | MEMORANDUM in Support re 50 MOTION for Judgment on the Pleadings filed by Michael A. Sisto, Karen Allen Holmes. (Attachments: # 1 Exhibit 1)(Holahan, Sandra) (Entered: 06/15/2005) |
| 06/14/2005 | 49 | Emergency MOTION to Compel by OneBeacon Insurance Company, OneBeacon America Insurance Company, Michael A. Sisto, Karen Allen Holmes. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C)(Moore, Leah) (Entered: 06/14/2005) |
| 06/14/2005 |  | Judge Edward F. Harrington : Electronic ORDER entered granting 49 Motion to Compel. MOTION TO COMPEL IS ALLOWED. SO ORDERED. cc/cl (Holahan, Sandra) (Entered: 06/14/2005) |
| 06/15/2005 | 52 | MOTION for Leave to File Excess Pages by OneBeacon Insurance Company, OneBeacon America Insurance Company, Michael A. Sisto, Karen Allen Holmes. (Attachments: # 1 Exhibit A)(Moore, Leah) (Entered: 06/15/2005) |
| 06/22/2005 | 53 | Opposition re 50 MOTION for Judgment on the Pleadings filed by Bernadine T. Griffith. (Attachments: # 1 Exhibit 5# 2 Exhibit 6# 3 |