## 2000 Terminations

| Last Name * | First Name | Gender | Race | Hire Date | Termination Date | Termination Reason | Age at Termination |
|---|---|---|---|---|---|---|---|
| A▮ | ▮ | Female | Black | 5/22/1996 | 4/19/2000 | Other Work - Travel Distance | 28.64 |
| A▮ | ▮ | Female | White | 6/26/2000 | 10/18/2000 | Other Work - Career Opportunity | 38.48 |
| A▮ | ▮ | Male | White | 10/1/1968 | 1/31/2000 | Merger - RIF/Retirement | 55.01 |
| A▮ | ▮ | Female | White | 3/15/1993 | 4/7/2000 | Other Work - Career Opportunity | 41.12 |
| A▮ | ▮ | Female | White | 5/15/1995 | 3/17/2000 | Other Work - Career Opportunity | 45.65 |
| A▮ | ▮ | Female | Black | 6/6/1988 | 11/3/2000 | Other Work - Salary | 49.79 |
| A▮ | ▮ | Male | Black | 10/5/1998 | 10/24/2000 | Moving | 32.49 |
| A▮ | ▮ | Female | White | 11/4/1987 | 12/29/2000 | Reduction in Force | 32.03 |
| A▮ | ▮ | Female | Black | 7/29/1996 | 5/1/2000 | Mutual Agreement | 36.07 |
| A▮ | ▮ | Male | White | 3/6/2000 | 12/1/2000 | Reduction in Force | 31.33 |
| A▮ | ▮ | Male | White | 5/19/1997 | 7/21/2000 | Other Work - Career Opportunity | 39.26 |
| A▮ | ▮ | Male | Hispanic | 3/22/1999 | 11/10/2000 | Other Work - Changed Fields | 24.66 |
| A▮ | ▮ | Female | Hispanic | 2/23/1998 | 2/17/2000 | Other Work - Career Opportunity | 22.40 |
| A▮ | ▮ | Female | White | 6/24/1996 | 3/3/2000 | Other Work - Career Opportunity | 48.07 |
| A▮ | ▮ | Female | White | 6/6/1997 | 6/2/2000 | Other Work - Career Opportunity | 51.87 |
| A▮ | ▮ | Male | White | 10/10/1994 | 3/14/2000 | Other Work - Career Opportunity | 36.17 |
| A▮ | ▮ | Female | White | 9/26/1988 | 10/6/2000 | Moving | 46.58 |
| A▮ | ▮ | Female | Black | 8/2/1999 | 7/28/2000 | End Temporary Employment | 46.62 |
| A▮ | ▮ | Female | White | 10/31/1986 | 6/2/2000 | Merger - RIF | 38.41 |
| A▮ | ▮ | Male | Black | 5/14/1998 | 1/7/2000 | Moving | 19.16 |
| A▮ | ▮ | Female | White | 1/4/1999 | 7/21/2000 | Personal - Not Job Related | 47.13 |
| A▮ | ▮ | Female | Black | 1/13/1997 | 9/25/2000 | Other Work - Salary | 37.75 |
| A▮ | ▮ | Female | White | 12/29/1997 | 12/22/2000 | Other Work - Career Opportunity | 39.14 |
| A▮ | ▮ | Female | White | 4/3/1989 | 10/6/2000 | Other Work - Career Opportunity | 52.68 |
| A▮ | ▮ | Male | White | 6/21/1999 | 11/10/2000 | Other Work - Changed Fields | 24.30 |
| A▮ | ▮ | Male | White | 5/10/1999 | 10/6/2000 | Other Work - Career Opportunity | 23.89 |
| A▮ | ▮ | Male | White | 4/7/1997 | 5/5/2000 | Other Work - Career Opportunity | 34.98 |
| A▮ | ▮ | Female | White | 5/6/1996 | 3/3/2000 | Other Work - Changed Fields | 25.87 |
| A▮ | ▮ | Female | Black | 5/10/1999 | 9/1/2000 | Other Work - Changed Fields | 36.09 |
| A▮ | ▮ | Male | White | 5/24/1999 | 10/27/2000 | Other Work - Career Opportunity | 41.93 |
| A▮ | ▮ | Female | White | 4/20/2000 | 5/19/2000 | Mutual Agreement | 36.39 |
| A▮ | ▮ | Female | Black | 1/24/2000 | 11/10/2000 | Dissatisfied - Supervisor | 45.11 |
| A▮ | ▮ | Male | White | 10/18/1999 | 11/1/2000 | Abandoned Job - Reason Unknown | 19.94 |
| A▮ | ▮ | Female | White | 11/13/2000 | 11/17/2000 | Health | 68.18 |
| A▮ | ▮ | Male | White | 12/20/1999 | 8/25/2000 | Other Work - Career Opportunity | 53.40 |
| A▮ | ▮ | Male | Hispanic | 10/29/1984 | 10/6/2000 | Other Work - Career Opportunity | 37.92 |
| A▮ | ▮ | Female | Black | 6/12/2000 | 9/22/2000 | Abandoned Job - Reason Unknown | 29.78 |
| A▮ | ▮ | Female | White | 4/16/1990 | 8/2/2000 | Dissatisfied With Work | 49.94 |
| A▮ | ▮ | Female | Black | 7/5/1993 | 10/6/2000 | Other Work - Career Opportunity | 35.44 |
| A▮ | ▮ | Female | White | 1/3/1997 | 6/29/2000 | Merger - RIF | 49.86 |
| A▮ | ▮ | Female | White | 10/31/1986 | 1/28/2000 | Abandoned Job - Reason Unknown | 41.06 |
| A▮ | ▮ | Male | White | 8/23/1993 | 8/4/2000 | Other Work - Career Opportunity | 45.44 |
| A▮ | ▮ | Male | White | 4/4/1988 | 2/25/2000 | Merger - RIF/Retirement | 57.60 |
| A▮ | ▮ | Male | Black | 11/27/1989 | 7/24/2000 | Other Work - Salary | 33.64 |
| A▮ | ▮ | Female | White | 4/26/1999 | 11/24/2000 | Health | 36.43 |
| A▮ | ▮ | Female | White | 11/9/1998 | 9/29/2000 | Education | 19.89 |
| A▮ | ▮ | Female | Black | 5/1/2000 | 12/31/2000 | Reduction in Force | 53.85 |
| A▮ | ▮ | Female | White | 2/25/2000 | 7/20/2000 | Personal - Not Job Related | 30.27 |
| A▮ | ▮ | Female | White | 1/31/1989 | 9/29/2000 | Poor Performance | 57.08 |
| A▮ | ▮ | Male | White | 11/13/1978 | 9/15/2000 | Dissatisfied - Supervisor | 56.64 |
| A▮ | ▮ | Female | White | 8/29/1994 | 12/15/2000 | Other Work - Salary | 31.03 |
| A▮ | ▮ | Female | White | 5/14/1990 | 3/24/2000 | Reduction in Force | 43.68 |
| A▮ | ▮ | Male | White | 3/2/1998 | 12/29/2000 | Reduction in Force | 38.64 |
| A▮ | ▮ | Female | White | 8/15/1983 | 6/20/2000 | Other Work - Salary | 38.21 |
| B▮ | ▮ | Female | White | 6/19/2000 | 7/31/2000 | Abandoned Job - Reason Unknown | 32.79 |
| B▮ | ▮ | Female | White | 11/6/1989 | 11/24/2000 | Personal - Not Job Related | 34.14 |
| B▮ | ▮ | Female | White | 6/5/1991 | 6/2/2000 | Merger - RIF | 68.51 |
| B▮ | ▮ | Female | White | 9/27/1999 | 6/30/2000 | Other Work - Career Opportunity | 27.98 |
| B▮ | ▮ | Male | White | 4/14/1992 | 10/4/2000 | Other Work - Career Opportunity | 49.31 |
| B▮ | ▮ | Male | Black | 8/9/1999 | 10/2/2000 | Mutual Agreement | 36.71 |
| B▮ | ▮ | Male | White | 6/5/2000 | 10/6/2000 | Dissatisfied - Supervisor | 42.05 |
| B▮ | ▮ | Female | White | 6/15/1998 | 7/7/2000 | End Temporary Employment | 38.16 |
| B▮ | ▮ | Male | White | 3/15/1999 | 2/9/2000 | Other Work - Career Opportunity | 33.37 |
| B▮ | ▮ | Female | White | 12/13/1999 | 1/13/2000 | Personal - Not Job Related | 31.51 |
| B▮ | ▮ | Male | White | 7/10/2000 | 8/18/2000 | Education | 17.09 |
| B▮ | ▮ | Female | White | 1/3/1977 | 8/31/2000 | Merger - RIF | 44.18 |
| B▮ | ▮ | Male | White | 11/5/1990 | 11/9/2000 | Other Work - Salary | 38.73 |
| B▮ | ▮ | Female | White | 3/25/1996 | 3/10/2000 | Merger - RIF | 49.31 |
| B▮ | ▮ | Female | Black | 3/20/1997 | 3/17/2000 | Misconduct | 41.10 |
| B▮ | ▮ | Female | White | 10/29/1990 | 11/27/2000 | Personal - Not Job Related | 32.83 |
| B▮ | ▮ | Female | White | 9/14/1998 | 11/3/2000 | Other Work - Career Opportunity | 47.13 |
| B▮ | ▮ | Male | White | 8/21/2000 | 10/20/2000 | Mutual Agreement | 53.62 |
| B▮ | ▮ | Female | White | 12/13/1999 | 5/15/2000 | Absenteeism | 56.77 |
| B▮ | ▮ | Female | Black | 9/21/1998 | 5/19/2000 | Other Work - Salary | 34.62 |
| B▮ | ▮ | Male | White | 2/12/1979 | 3/24/2000 | Reduction in Force | 46.60 |
| B▮ | ▮ | Female | White | 8/18/1975 | 3/13/2000 | Poor Performance | 44.31 |
| B▮ | ▮ | Female | White | 4/10/1996 | 6/2/2000 | Merger - RIF | 58.83 |
| B▮ | ▮ | Male | White | 10/25/1999 | 10/6/2000 | Other Work - Career Opportunity | 32.51 |
| B▮ | ▮ | Female | White | 8/31/1983 | 11/3/2000 | Other Work - Salary | 53.58 |

\* Replace name with number

DEF0912