# MORGAN, BROWN & JOY, LLP

ATTORNEYS AT LAW
200 STATE STREET
BOSTON, MASSACHUSETTS 02109-2605
TELEPHONE (617) 523-6666
FACSIMILE (617) 367-3125

LEAH M. MOORE

DIRECT DIAL (617) 788-5021
lmoore@morganbrown.com

June 9, 2005

<u>Via Facsimile</u>

Kathleen J. Hill, Esq.
Law Office of Kathleen J. Hill
92 State Street, Suite 700
Boston, MA 02109

  Re: <u>Griffith v. OneBeacon Insurance Company, et. al.</u>

Dear Kathleen:

  In accompaniment of this letter, please find Defendants' proposed Confidentiality Agreement in the above-referenced matter. If you agree with the language in the Agreement, please sign it and return it to me. I will then file it with the Court. Once the Agreement is on file with the Court, I will forward additional confidential materials to you.

  Should you wish to propose changes to the language, please indicate your changes on the Agreement, and return the Agreement to me. If we are unable to agree on language, I will seek the assistance of the Court.

            Regards,

            Leah M. Moore

enclosure
cc: Joan K. Geddes, Esq. (via first class mail)
   Keith B. Muntyan, Esq. (w/o encl.)