**MORGAN, BROWN & JOY, LLP**
ATTORNEYS AT LAW
200 STATE STREET
BOSTON, MASSACHUSETTS 02109-2605
TELEPHONE (617) 523-6666
FACSIMILE (617) 367-3125

LEAH M. MOORE

DIRECT DIAL (617) 788-5021
lmoore@morganbrown.com

July 1, 2005

<u>Via Facsimile</u>

Kathleen J. Hill, Esq.
Law Office of Kathleen J. Hill
92 State Street, Suite 700
Boston, MA 02109

    Re:    <u>Griffith v. OneBeacon Insurance Company, et. al.</u>

Dear Kathleen:

    On June 9, I forwarded to you Defendants' proposed Confidentiality Agreement in the above-referenced matter, but have yet to receive a response from you. Please let me know if you agree with the language in the Agreement which I again forward to you in accompaniment of this letter. Should you have changes to the language, please simply indicate them on the draft agreement and return them to me.

    Though responsive documents have long been compiled and made ready for production, I cannot provide you with responsive documents until we come to an agreement on the language of the Confidentiality Agreement. Please let me know your position regarding the Confidentiality Agreement as soon as possible so that we may serve you.

    Have a great holiday.

Regards,

Leah M. Moore

enclosure
cc:    Joan K. Geddes, Esq. (via first class mail)
        Keith B. Muntyan, Esq. (w/o encl.)