UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
)
**BERNADINE T. GRIFFITH** )
)
       **Plaintiff,** )
)
v. ) C.A. No. 03-CV-12573-EFH
)
**ONEBEACON INSURANCE COMPANY,** ) **DECLARATION OF**
**ONEBEACON AMERICA INSURANCE** ) **NANCY J. WEYMOUTH**
**COMPANY, MICHAEL A. SISTO, and** ) **IN SUPPORT OF DEFENDANTS'**
**KAREN ALLEN HOLMES** ) **MOTION FOR**
) **SUMMARY JUDGMENT**
       **Defendants.** )
_____)

     I, NANCY J. WEYMOUTH, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that the following is true and correct:

     1.     I am an administrative assistant at the law firm of Morgan, Brown & Joy, LLP, 200 State Street, Boston, Massachusetts 02109, telephone number (617) 523-6666, attorneys for Defendants OneBeacon Insurance Company, OneBeacon America Insurance Company, Michael A. Sisto, and Karen Allen Holmes in the above captioned matter.

     2.     On July 21, 2005, I placed a package containing a true and accurate copy of Defendants' Motion for Summary Judgment and supporting documents in the U.S. mail. This package was addressed to Kathleen J. Hill, Esq., Law Office of Kathleen J. Hill, 92 State Street, Suite 700, Boston, Massachusetts 02109 and included Defendants' counsel's true and accurate return address.

     3.     To date, the package that I placed in the U.S. mail containing a true and

accurate copy of Defendants' Motion for Summary Judgment has not been returned to Defendants.

Dated:    Boston, Massachusetts
          August 22, 2005

    /s/ Nancy J. Weymouth
Nancy J. Weymouth

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing document was served upon counsel for Plaintiff, Kathleen J. Hill, Law Office of Kathleen J. Hill, 92 State Street, Boston, MA 02109, by first-class mail this 22nd day of August 2005.

    /s/ Leah M. Moore
Leah M. Moore