# MORGAN, BROWN & JOY, LLP
ATTORNEYS AT LAW
200 STATE STREET
BOSTON, MASSACHUSETTS 02109-2605
TELEPHONE (617) 523-6666
FACSIMILE (617) 367-3125

LEAH M. MOORE

DIRECT DIAL (617) 788-5021
lmoore@morganbrown.com

July 25, 2005

<u>Via Facsimile</u>

Kathleen J. Hill, Esq.
Law Office of Kathleen J. Hill
92 State Street, Suite 700
Boston, MA 02109

Re: <u>Griffith v. OneBeacon Insurance Company, et. al.</u>

Dear Kathleen:

    I write in response to your July 25, 2005 letter and to confirm the voice mail messages I left for you this afternoon.

    Defendants filed their Motion for Summary Judgment and supporting documents electronically, as required by the United States District Court for the District of Massachusetts, on July 21, 2005. Though e-filing is sufficient for service, Defendants placed an additional copy of their Motion and supporting documents in the mail to you on July 21, 2005.

    In support of their Motion, Defendants have filed only documents that have been produced over the course of discovery. Plaintiff posed no formal objection to the production of her medical records by Lahey Clinic. Moreover, you failed to respond to Defendants' multiple attempts to enter into a confidentiality agreement.

    Nevertheless, Defendants are willing to accommodate your client by filing <u>every</u> exhibit under seal so that no person has access to even the smallest of details such as the post office box Ms. Griffith uses as an address or the fact that her husband is employed. Accordingly, I will file a Motion with the Court requesting that the exhibits be filed under seal tomorrow at noon.

    The Clerk has also indicated that Ms. Griffith has some concern with privacy issues related to the Memorandum of Law. If that is true, please bring those issues to my attention before noon tomorrow so that we can address them prior to filing the Motion for Leave to File Under Seal.

    I would appreciate it if you could return my call so that we can discuss this situation by telephone as I am away from the office for the remainder of the week. Please call our main

MORGAN, BROWN & JOY LLP

Kathleen J. Hill
July 25, 2005
Page 2

telephone line and ask to speak with my assistant, Kathy Richards, who can put us in contact with one another.

          Very truly yours,

          Leah M. Moore

cc:    The Honorable Edward F. Harrington (via facsimile)
       Joan K. Geddes, Esq.
       Keith B. Muntyan, Esq.