## MORGAN, BROWN & JOY, LLP
ATTORNEYS AT LAW
200 STATE STREET
BOSTON, MASSACHUSETTS 02109-2605
TELEPHONE (617) 523-6666
FACSIMILE (617) 367-3125

LEAH M. MOORE

DIRECT DIAL (617) 788-5021
lmoore@morganbrown.com

August 3, 2005

<u>Via Facsimile and First Class Mail</u>

Kathleen J. Hill, Esq.
Law Office of Kathleen J. Hill
92 State Street, Suite 700
Boston, MA 02109

    Re:   <u>Griffith v. OneBeacon Insurance Company, et. al.</u>

Dear Kathleen:

    I write in response to your letter dated August 2, 2005 regarding receipt of Defendants' Motion for Summary Judgment.

    As I indicted in writing on July 29, 2005, Defendants' provided the Court with an additional copy of their Motion for Summary Judgment and supporting papers so that the Court might file those documents under seal. After receipt of the Court's ruling regarding filing of Defendants' Motion under seal, I telephoned Clerk Holahan to inquire about the procedure for re-filing of the motion. Clerk Holahan requested that I provide her with an exact copy of the documents previously filed and served upon the Court, but mark them "SEAL" as opposed to "COURTESY COPY." The documents served by hand upon the Court on July 29, 2005 were an exact copy of those previously served, the only exception being that the word "SEAL" was printed atop the first page of each document. Please let me know if you require an additional copy of these documents.

    It is my understanding that the Court simply allowed Plaintiff's request that Defendants' Motion for Summary Judgment be filed under seal. As I explained both in writing to you and in Defendants' Response to Plaintiff's Motion to Seal, Defendants are willing to assent to an extension of August 12, 2005 for the filing of Plaintiff's Opposition. Should you wish to file a motion seeking the additional time, please fax a copy of your motion to me before filing with the Court so that I may formally assent upon review of the included language.

MORGAN, BROWN & JOY LLP

Kathleen J. Hill
August 3, 2005
Page 2

      To the extent you believe that Defendants' Motion for Summary Judgment is beyond the page limit set by the Court upon Defendants' Motion to Enlarge Page Limit, I encourage you to review Defendants' Motion to Enlarge Page Limit, the Court's Order allowing Defendants' Motion to Enlarge Page Limit, and the Local Rules of Civil Procedure as each clearly discuss page limits to the memorandum of law, not supporting documents.

      Should you have any further questions or concerns, please do not hesitate to contact me.

      Regards,

      Leah M. Moore

cc:   Joan K. Geddes, Esq. (via first class mail)
      Keith B. Muntyan, Esq.