# LAW OFFICE OF KATHLEEN J. HILL

*ATTORNEY & COUNSELOR AT LAW*

92 State Street
Suite 700, 7th Floor
Boston, Massachusetts 02109

**KATHLEEN J. HILL**
Web Site: www.kathleenjhill.com

Telephone: 617.742.0457
Facsimile: 617.742.4508

By Facsimile and U.S. Mail

August 5, 2005

Leah M. Moore, Esq.
Morgan, Brown & Joy, L.L.P.
200 State Street, 11th Floor
Boston, MA 02109-2605

Re: Griffith v. OneBeacon Insurance Company, et. al.
Docket No. 03-CV-12573 EFH

Dear Attorney Moore:

I have consistently stated that employee names and other identifying information should be redacted. The Court instructed Defendants to redact this kind of information in its September 14, 2004 Order.

The intent of today's correspondence was to clarify whether you intentional left a gap in your May 23, 2005 production. As I stated earlier today, I also received duplicates documents in your last document production. I understand today's correspondence to mean that you intentional did not produce the documents in question. Fact discovery ended on June 1, 2005, and I wanted to clarify your position for purpose of this motion stage.

Very truly yours,

Kathleen J. Hill

cc: Ms. Bernadine T. Griffith