**MORGAN, BROWN & JOY, LLP**
ATTORNEYS AT LAW
200 STATE STREET
BOSTON, MASSACHUSETTS 02109-2605
TELEPHONE (617) 523-6666
FACSIMILE (617) 367-3125

LEAH M. MOORE

DIRECT DIAL (617) 788-5021
lmoore@morganbrown.com

August 8, 2005

Via Facsimile

Kathleen J. Hill, Esq.
Law Office of Kathleen J. Hill
92 State Street, Suite 700
Boston, MA 02109

Re:  Griffith v. OneBeacon Insurance Company, et. al.

Dear Kathleen:

I write in response to your letter dated August 5, 2005 regarding receipt of Bates stamped documents.

Defendants are more than happy to provide you with the documents that have been compiled, Bates stamped, and ready for production for over three months upon the execution of a Confidentiality Agreement. Based upon your August 5, 2005 letter, it appears that you continue to refuse to agree to a Confidentiality Agreement that would protect both OneBeacon's confidential business and employee information.

If I have misunderstood your position, please let me know.

Regards,

Leah M. Moore

cc: Joan K. Geddes, Esq. (via first class mail)
Keith B. Muntyan, Esq.