## MORGAN, BROWN & JOY, LLP
ATTORNEYS AT LAW
200 STATE STREET
BOSTON, MASSACHUSETTS 02109-2605
TELEPHONE (617) 523-6666
FACSIMILE (617) 367-3125

LEAH M. MOORE

DIRECT DIAL (617) 788-5021
lmoore@morganbrown.com

August 12, 2005

By Hand

Kathleen J. Hill, Esq.
Law Office of Kathleen J. Hill
92 State Street, Suite 700
Boston, MA 02109

Re: Griffith v. OneBeacon Insurance Company, et. al.

Dear Kathleen:

In accompaniment of this letter, please find:

1. Defendants' Fourth Supplemental Response to Plaintiff's Request for Production of Documents Incorrectly Styled Subpoena *Duces Tecum*;
2. Defendants' Second Supplemental Response to Plaintiff's First Request for Production of Documents; and
3. Bates stamped documents number DEF 2165 – DEF2670 and DEF 2710

Should you have any questions or concerns, please do not hesitate to contact me.

Regards,

Leah M. Moore

enclosures
cc: Joan K. Geddes, Esq. (via first class mail w/o Bates stamped documents)
    Keith B. Muntyan, Esq. (w/o enclosures)