# MORGAN, BROWN & JOY, LLP

### ATTORNEYS AT LAW
ONE BOSTON PLACE
BOSTON, MASSACHUSETTS 02108-4472
TELEPHONE (617) 523-6666
FACSIMILE (617) 367-3125

LEAH M. MOORE

DIRECT DIAL (617) 788-5021
lmoore@morganbrown.com

October 18, 2004

By Hand

Kathleen J. Hill, Esq.
Law Office of Kathleen J. Hill
92 State Street, Suite 700
Boston, MA 02109

Re:    **Griffith v. OneBeacon Insurance Company, et. al.**
       **U.S.D.C. Massachusetts, Docket No. 03-CV-12573-EFH**

Dear Attorney Hill:

Enclosed please find:

1)    Defendants' Amended Rule 26 Disclosure Statement and accompanying Bates stamped documents DEF0001 - DEF0030 and

2)    Defendants' First Response to Plaintiff's Request for Production of Documents Styled as a Subpoena *Duces Tecum* and accompanying Bates stamped documents DEF0031 - DEF0605.

Regards,

Leah M. Moore

Enclosures

cc:    Joan K. Geddes, Esq. (w/o Bates stamped documents)
       Keith B. Muntyan, Esq. (w/o encls.)