**MORGAN, BROWN & JOY, LLP**

ATTORNEYS AT LAW
ONE BOSTON PLACE
BOSTON, MASSACHUSETTS 02108-4472
TELEPHONE (617) 523-6666
FACSIMILE (617) 367-3125

LEAH M. MOORE

DIRECT DIAL (617) 788-5021
lmoore@morganbrown.com

November 11, 2004

By Hand

Kathleen J. Hill, Esq.
Law Office of Kathleen J. Hill
92 State Street, Suite 700
Boston, MA 02109

Re: **Griffith v. OneBeacon Insurance Company, et. al.**
**U.S.D.C. Massachusetts, Docket No. 03-CV-12573-EFH**

Dear Attorney Hill:

Enclosed please find a copy of Defendants' First Supplemental Response to Plaintiff's Request for Production of Documents Styled as a Subpoena *Duces Tecum*.

Regards,

Leah M. Moore

Enclosure

cc:  Joan K. Geddes, Esq. (w/o encls.)
     Keith B. Muntyan, Esq. (w/o encls.)