# FICKSMAN & CONLEY, LLP
## ATTORNEYS AT LAW

98 NORTH WASHINGTON STREET
SUITE 500
BOSTON, MASSACHUSETTS 02114

TEL (617) 720-1515
FAX (617) 720-1519

LIONEL H. PERLO
FRANCIS LEONE
DAVID M. GOULD◆
KENNETH D. WEISS*
JOHN D. CASSIDY*◆
NANCY L. WATSON
JOHN M. DELLEA◆
DOUGLAS N. PERLO
MATTHEW R. CONNORS■
HEIDI R. WOLMUTH
SEAN E. CAPPLIS
NICOLE M. MASON
M. KATE WELTI

MAX S. FICKSMAN (1907-1982)
ROBERT G. CONLEY (1921-1994)

* also admitted NY
◆ also admitted NH
■ also admitted CT

May 10, 2005

**VIA HAND DELIVERY**

Kathleen J. Hill, Esq.
92 State Street
Suite 700
Boston, MA 02109

Dear Attorney Hill:

    RE: Bernadine T. Griffith
    VS: Susan E. Moner, M.D., et al
         Our File: 15L 284

Enclosed herewith, in connection with the above referenced action, please find medical records for Bernadine Griffith.

Thank you very much for your cooperation.

Very truly yours,

Douglas N. Perlo

DNP/ljg
Enclosure

TOTAL P.02