# ●CKSMAN & CONLEY, LLP
## ATTORNEYS AT LAW

98 NORTH WASHINGTON STREET
SUITE 500
BOSTON, MASSACHUSETTS 02114

TEL (617) 720-1515
FAX (617) 720-1519

LIONEL H. PERLO
FRANCIS LEONE
DAVID M. GOULD♦
KENNETH D. WEISS*
JOHN D. CASSIDY*♦
NANCY L. WATSON
JOHN M. DELLEA♦
DOUGLAS N. PERLO
MATTHEW R. CONNORS■
HEIDI R. WOLMUTH
SEAN E. CAPPLIS
NICOLE M. MASON
M. KATE WELTI

MAX S. FICKSMAN (1907-1982)
ROBERT G. CONLEY (1921-1994)

* also admitted NY
♦ also admitted NH
■ also admitted CT

May 23, 2005

Kathleen J. Hill, Esq.
92 State Street
Suite 700
Boston, MA 02109

Leah M. Moore, Esq.
Morgan, Brown & Joy, LLP
200 State Street
Boston, MA 02109

Dear Attorney Hill and Moore:

    RE:    Bernadine T. Griffith
    VS:    Susan E. Moner, M.D., et al
            Our File: 15L 284

Enclosed herewith, in connection with the above referenced action, please find the following:

Administrative Support Documents.

Thank you very much for your cooperation.

Very truly yours,

Douglas N. Perlo

DNP/ljg
Enclosure