## Holmes, Karen A.

**From:** Griffith, Bernadine T.
**Sent:** Tuesday, July 11, 2000 10:37 AM
**To:** Holmes, Karen A.
**Cc:** Snyder, Nancy A.
**Subject:** Arrival Time



Karen,
I arrived at 10:07 today due to traffic backup from an accident and a larger volume of cars on Rt. 128. I think some road closures due to the arrival of tall ships caused some people to change their route.

How do you want me to handle this? I don't know if there are any options open to me under the terms of the written warning that's still in effect.

Bernadine Griffith
ITS Production Services - Foxboro
508 549-8278

DEF 0575