**MORGAN, BROWN & JOY, LLP**
ATTORNEYS AT LAW
200 STATE STREET
BOSTON, MASSACHUSETTS 02109-2605
TELEPHONE (617) 523-6666
FACSIMILE (617) 367-3125

LEAH M. MOORE

DIRECT DIAL (617) 788-5021
lmoore@morganbrown.com

June 16, 2005

<u>Via Facsimile and First Class Mail</u>

Mr. Jeff Turner
Massachusetts Commission Against Discrimination
One Ashburton Place, Rm. 601
Boston, MA 02108
617-994-6024 (fax)

      Re:    <u>Public Records Request</u>

Dear Mr. Turner:

      As counsel for OneBeacon Insurance Company, formerly known as OneBeacon America Insurance Company, Commercial Union Insurance, CU, CGU, GA, and General Accident Insurance Company, pursuant to the Massachusetts public records law, G.L. c. 66, §10, I am writing to request a copy of the Charge, position statement, rebuttal, investigative disposition, and any other public documents contained in the Commission's files relating to any Charges of Discrimination filed by the following individuals against any of the above listed corporations:

1. Michael Croce
2. Richard O'Donnell
3. Cheryl MacGovern
4. Linda Cruz
5. Huyen Nguyen
6. Brian Wentworth
7. William Fennell
8. Lauren MacEachern
9. Richard McHugh
10. Andrew Gerard
11. Patricia Bixby
12. Michael Fontenot

MORGAN, BROWN & JOY LLP

Mr. Jeff Turner
Massachusetts Commission Against Discrimination
June 16, 2005
Page Two

13. First name unknown Mayfield
14. First name unknown Mullane

Upon information and belief, these individuals filed MCAD Charges against OneBeacon Insurance Company or one of its predecessor companies.

Thank you for your attention to this matter. Please feel free to contact me if you need additional information in order to process this request.

Very truly yours,

Leah M. Moore

cc: Joan Geddes, Esq.
Keith B. Muntyan, Esq.