# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

BERNADINE T. GRIFFITH,
        Plaintiff

      v.                      CIVIL ACTION NO.:
                                    03-12573-EFH

ONEBEACON INSURANCE COMPANY,
ONEBEACON AMERICA INSURANCE
COMPANY, MICHAEL A. SISTO and
KAREN ALLEN HOLMES,
        Defendants.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

# **O R D E R**

November 30, 2006

HARRINGTON, S.D.J.

      The plaintiff is ordered to file a revised Opposition to Defendants' Motion for Summary Judgment within fourteen (14) days of the date of this Order. This Memorandum in Opposition to Defendants' Motion for Summary Judgment must contest the issues raised by the defendants' motion and not respond by merely arguing discovery disputes.

      SO ORDERED.

                                              /s/ Edward F. Harrington
                                              EDWARD F. HARRINGTON
                                              United States Senior District Judge