UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 03 CV 12573 EFH

|  |  |
|---|---|
| BERNADINE T. GRIFFITH<br>Plaintiff<br><br>vs.<br><br>ONEBEACON INSURANCE COMPANY,<br>ONEBEACON AMERICA INSURANCE<br>COMPANY, MICHAEL A. SISTO, and<br>KAREN ALLEN HOLMES<br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF CHANGE OF ADDRESS**

TO THE CLERK OF THE COURT:

NOTICE is hereby given in accordance with Local Rule 83.5.2 that the address of Plaintiff's counsel has change to the following:

Law Office of Kathleen J. Hill
60 State Street, Suite 700
Boston, MA 02109
Telephone: 617.742.0457

Date: December 7, 2005

Respectfully submitted,
BERNADINE T. GRIFFITH
By her Attorney,

_____
Kathleen J. Hill    BBO# 644665
LAW OFFICE OF KATHLEEN J. HILL
60 State Street, Suite 700
Boston, MA 02109
617.742.0457 (O) / 617.742.4508 (F)

1

## CERTIFICATE OF SERVICE

I, Kathleen J. Hill, herein certify that I served a true and accurate copy of the foregoing Plaintiff's Notice of Change of Address on the counsel of record: Keith B. Muntyan and Leah M. Moore, of Morgan, Brown & Joy, L.L.P., 200 State Street, 11th Floor, Boston, MA 02109-2605 by pre-paid U.S. Mail and facsimile on this 7th day of December, 2005.

_____
Kathleen J. Hill