# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BERNADINE T. GRIFFITH, ) | |
| Plaintiff, ) | |
| v. ) | C.A. No. 03-CV-12573-EFH |
| ONEBEACON INSURANCE COMPANY, ) | |
| ONEBEACON AMERICA INSURANCE ) | DEFENDANTS' MOTION TO |
| COMPANY, MICHAEL A. SISTO, and ) | EXTEND TIME FOR FILING |
| KAREN ALLEN HOLMES ) | |
| Defendants. ) | |

NOW COME Defendants OneBeacon Insurance Company and OneBeacon America Insurance Company, (collectively, "Defendants") who respectfully request a one week extension of the time for the filing of their Reply to Plaintiff's Second Opposition to Defendants' Motion for Summary Judgment.

As grounds for their motion, Defendants state that the Court had previously granted Defendants' Motion for Leave to File a Reply, but then issued a decision on Defendants' Motion for Summary Judgment prior to the due date for Defendants' Reply. As a result, Defendants now request an additional week to address the Court's recent decision in a Reply and/or Motion for Reconsideration.

WHEREFORE, Defendants respectfully request this Court extend the time for the filing by one week, from Friday, January 6, 2006 to Friday, January 13, 2006.

                Respectfully submitted,

                ONEBEACON INSURANCE CO.,
                ONEBEACON AMERICA INSURANCE CO.,
                MICHAEL A. SISTO, and
                KAREN ALLEN HOLMES

                By their attorneys

                /s/ Leah M. Moore_____
                Keith B. Muntyan (BBO # 361380)
                keithmuntyan@morganbrown.com
                Leah M. Moore (BBO # 658217)
                lmoore@morganbrown.com
                MORGAN, BROWN & JOY, LLP
                200 State Street
                Boston, MA 02109
                617-523-6666 (phone)

Dated: January 6, 2006

## CERTIFICATE OF SERVICE

I, Leah M. Moore, hereby certify that on January 6. 2006, I caused a true and correct copy of the foregoing to be served via first class mail upon Kathleen J. Hill, Esq., Attorney for Plaintiff, Law Office of Kathleen J. Hill, 60 State Street, Suite 700, Boston, Massachusetts 02109, being the address designated by said attorney for service of all pleadings.

                /s/ Leah M. Moore_____
                Leah M. Moore