# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

_____
)
**BERNADINE T. GRIFFITH** )
)
      **Plaintiff,** )
)
v. )    C.A. No. 03-CV-12573-EFH
)
**ONEBEACON INSURANCE COMPANY,** )
**ONEBEACON AMERICA INSURANCE** )    **DEFENDANTS' EMERGENCY**
**COMPANY, MICHAEL A. SISTO, and** )    **MOTION TO EXTEND TIME**
**KAREN ALLEN HOLMES** )    **FOR FILING REPLY**
)
      **Defendants.** )
_____)

      NOW COME Defendants OneBeacon Insurance Company and OneBeacon America Insurance Company, (collectively, "Defendants") who respectfully request a four day extension of the time for the filing of their Reply to Plaintiff's Second Opposition to Defendants' Motion for Summary Judgment.

      As grounds for their motion, Defendants state that its lead counsel had a family medical emergency on Wednesday, January 11, 2006 that will keep him away from the office through the remainder of the week. As a result, Defendants request an additional four days to address the Court's recent decision in a Reply and/or Motion for Reconsideration.

      WHEREFORE, Defendants respectfully request this Court extend the time for the filing by three days from Friday, January 13, 2006 to Thursday, January 19, 2006.

        Respectfully submitted,

        ONEBEACON INSURANCE CO.,
        ONEBEACON AMERICA INSURANCE CO.,
        MICHAEL A. SISTO, and
        KAREN ALLEN HOLMES

        By their attorneys

        s/ Leah M. Moore
        Keith B. Muntyan (BBO # 361380)
        keithmuntyan@morganbrown.com
        Leah M. Moore (BBO # 658217)
        lmoore@morganbrown.com
        MORGAN, BROWN & JOY, LLP
        200 State Street
        Boston, MA 02109
        617-523-6666 (phone)

Dated: January 11, 2006

**CERTIFICATE OF SERVICE**

    I, Leah M. Moore, hereby certify that on January 11, 2006, I caused a true and correct copy of the foregoing to be served via first class mail upon Kathleen J. Hill, Esq., Attorney for Plaintiff, Law Office of Kathleen J. Hill, 60 State Street, Suite 700, Boston, Massachusetts 02109, being the address designated by said attorney for service of all pleadings.

        /s/ Leah M. Moore
        Leah M. Moore