# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BERNADINE T. GRIFFITH ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 03-CV-12573-EFH |
| ) | |
| ONEBEACON INSURANCE COMPANY, ) | |
| ONEBEACON AMERICA INSURANCE ) | DEFENDANTS' MOTION |
| COMPANY, MICHAEL A. SISTO, and ) | TO EXTEND TIME |
| KAREN ALLEN HOLMES ) | FOR FILING REPLY |
| ) | |
| Defendants. ) | |

NOW COME Defendants OneBeacon Insurance Company and OneBeacon America Insurance Company, (collectively, "Defendants") who respectfully request a one day extension of the time for the filing of their Reply to Plaintiff's Second Opposition to Defendants' Motion for Summary Judgment/Motion for Reconsideration.

As grounds for their motion, Defendants state that they require one additional day to fully address the issues raised in Plaintiff's Second Opposition.

WHEREFORE, Defendants respectfully request this Court extend the time for the filing by one day from Thursday, January 19, 2006 to Friday, January 20, 2006.

                                            Respectfully submitted,

                                            ONEBEACON INSURANCE CO.,
                                            ONEBEACON AMERICA INSURANCE CO.,

                                            By their attorneys

                                            s/ Leah M. Moore
                                            Keith B. Muntyan (BBO # 361380)
                                            keithmuntyan@morganbrown.com
                                            Leah M. Moore (BBO # 658217)
                                            lmoore@morganbrown.com
                                            MORGAN, BROWN & JOY, LLP
                                            200 State Street
                                            Boston, MA 02109
                                            617-523-6666 (phone)

Dated: January 19, 2006

**CERTIFICATE OF SERVICE**

    I, Leah M. Moore, hereby certify that on January 19, 2006, I caused a true and correct copy of the foregoing to be served via first class mail upon Kathleen J. Hill, Esq., Attorney for Plaintiff, Law Office of Kathleen J. Hill, 60 State Street, Suite 700, Boston, Massachusetts 02109, being the address designated by said attorney for service of all pleadings.

                                            /s/ Leah M. Moore
                                            Leah M. Moore