UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                    )
BERNADINE T. GRIFFITH               )
                                    )
        Plaintiff,                  )
                                    )
v.                                  )   C.A. No. 03-CV-12573-EFH
                                    )
ONEBEACON INSURANCE COMPANY,        )
ONEBEACON AMERICA INSURANCE         )   DEFENDANTS' MOTION TO
COMPANY, MICHAEL A. SISTO, and      )   ENLARGE PAGE LIMIT
KAREN ALLEN HOLMES                  )
                                    )
        Defendants.                 )
_____ )

Pursuant to Local Rule 7.1(B)(4), the defendants OneBeacon Insurance Company and OneBeacon America Insurance Company ("OneBeacon" or the "defendants") respectfully request this Court permit them to file a Second Reply Memorandum in Support of Defendants' Motion for Summary Judgment that is in excess of twenty double-spaced pages as set forth in Local Rules 7.1(B)(1). Specifically, the defendants request that they be permitted to file a reply memorandum of law that is not in excess of twenty-three double-spaced pages.

As grounds for their motion, the defendants state that the plaintiff has incorporated facts and analyses not addressed in the defendants' original motion that go to each of the remaining six counts of the Amended Complaint. Accordingly, the defendants request three additional pages in order to more fully address the issues raised in Plaintiff's Second Opposition to Defendants' Motion for Summary Judgment.

WHEREFORE, the defendants respectfully request that they be granted leave to file a memorandum of law in support of their motion for summary judgment in excess of twenty pages but not to exceed twenty-three pages.

Respectfully submitted,

ONEBEACON INSURANCE CO. and
ONEBEACON AMERICA INSURANCE CO.,

By their attorneys

/s/ Leah M. Moore_____
Keith B. Muntyan (BBO # 361380)
keithmuntyan@morganbrown.com
Leah M. Moore (BBO # 658217)
lmoore@morganbrown.com
MORGAN, BROWN & JOY, LLP
200 State Street
Boston, MA 02109
617-523-6666 (phone)
617-367-3629 (fax)

Dated: January 23, 2006

**CERTIFICATE OF SERVICE**

I, Leah M. Moore, hereby certify that on this 23rd day of January 2006, I caused a true and correct copy of the foregoing to be served via first class mail upon Kathleen J. Hill, Esq., Attorney for Plaintiff, Law Office of Kathleen J. Hill, 200 State Street, Suite 700, Boston, Massachusetts 02108, being the address designated by said attorney for service of all pleadings.

/s/ Leah M. Moore_____
Leah M. Moore