UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                                )
BERNADINE T. GRIFFITH                          )
                                                )
        Plaintiff,                     )
                                                )
v.                                              )    C.A. No. 03-CV-12573-EFH
                                                )
ONEBEACON INSURANCE COMPANY,                   )    DEFENDANTS' LIST OF
ONEBEACON AMERICA INSURANCE                    )    PROPOSED EXHIBITS
COMPANY, MICHAEL A. SISTO, and                 )
KAREN ALLEN HOLMES                             )
                                                )
        Defendants.                   )
_____)

Pursuant to the Court's Order of December 22, 2005, OneBeacon Insurance Company and OneBeacon America Insurance Company ("OneBeacon" or "Defendants") hereby submit their List of Proposed Exhibits beginning with Exhibit number 301 as instructed by the Clerk.

### DEFENDANTS' LIST OF PROPOSED EXHIBITS

| Exhibit No. | Exhibit Description |
|---|---|
| 301. | 1988 CGU Personal Benefits Report for Bernadine Griffith, P472 – P488 |
| 302. | June 15, 1992 email from Suzanne Harris Walker |
| 303. | April 9, 1996 handwritten note to Bernadine Griffith, Bates stamp number P297 |
| 304. | June 24, 1996 program code |
| 305. | June 27, 1996 email from Suzanne Harris Walker, Bates stamp number P383 |

306.    July 1, 1996 program code

307.    July 9, 1996 handwritten note, Bates stamp number P298

308.    July 25, 1996 email from Bernadine Griffith and subsequent handwritten notes, Bates stamp numbers P295 – P296

309.    July 25, 1996 email from Suzanne Harris Walker, Bates stamp number P299

310.    July 30, 1996 notes of Suzanne Harris Walker

311.    August 7, 1996 email from Bernadine Griffith, Bates stamp number P307

312.    August 20, 1996 letter from Irene H. Bagdoian, Bates stamp numbers DEF 0215 – DEF 0216

313.    August 23, 1996 notes, Bates stamp numbers DEF 0084 – DEF 0085

314.    August 27, 1996 letter from Cathleen Moynihan, Bates stamp number DEF 0204

315.    September 27, 1996 Salary Continuation Form, Bates stamp number DEF 0206 – DEF 0207

316.    October 21, 1996 notes, Bates stamp numbers DEF 0139 – DEF 0140

317.    October 25, 1996 C. U. Memorandum from Cathleen Moynihan, Bates stamp number DEF 0138

318.    November 5, 1996 Meeting Notes of Cathleen Moynihan, Bates stamp number DEF 0199

319.    December 5, 1996 CU Performance Appraisal for Edmund Freeman, Bates stamp number MCAD0411 – MCAD0412

320.    1997 attendance record of Bernadine Griffith, Bates stamp number DEF 0129

321.    April 29, 1997 Lahey Clinic return to work note, Bates stamp number DEF 0285

322.   May 7, 1997 Lahey Clinic return to work note, Bates stamp number DEF 0284

323.   May 23, 1997 Lahey Clinic return to work note, Bates stamp number DEF 0283

324.   May 28, 1997 letter from Bernadine Griffith, Exhibit 4 to the deposition of Helen D. Tramposch, M.D.

325.   June 6, 1997 Salary Continuation Form, Bates stamp numbers DEF 0278 – DEF 0279

326.   June 9, 1997 letter from Helen Tramposch, M.D., Bates stamp numbers DEF 0222 – DEF 0223

327.   June 27, 1997 Salary Continuation Form, Bates stamp numbers DEF 0280 – DEF 0281

328.   July 1, 1997 letter from Erin O'Toole

329.   July 10, 1997 letter from Lenore Woodley, R.N., Bates stamp numbers DEF 0224 – DEF 0225

330.   July 14, 1997 letter from Bernadine Griffith, Exhibit 6 to the deposition of Helen D. Tramposch, M.D.

331.   July 31, 1997 Salary Continuation Form, Bates stamp numbers DEF 0243 – DEF 0244

332.   March 30, 1998 email from Monica Scanlon, Bates stamp number P419

333.   May 21, 1998 email from Bernadine Griffith

334.   July 27, 1998 handwritten notes of Suzanne Harris Walker at 10:00 a.m.

335.   July 27, 1998 handwritten notes of Suzanne Harris Walker at 2:00 p.m.

336.   September 30, 1998 progress notes of John Garrison, Ph.D.

337.   November 23, 1998 email from Monica Scanlon, Bates stamp number P418

338.  December 17, 1998 CU Exempt Performance Appraisal of Bernadine Griffith, Bates stamp numbers DEF 0127 – DEF 0128

339.  December 23, 1998 email from Monica Scanlon, Bates stamp number P436

340.  December 23, 1998 memorandum from Monica Scanlon

341.  1999 Griffith family income tax return

342.  1999 attendance record of Bernadine Griffith, Bates stamp numbers DEF 0170 – DEF 0171

343.  1999 attendance record of Bernadine Griffith, Bates stamp numbers DEF 0183 – DEF 0185

344.  CGU Insurance Group Disability Coverage effective January 1, 1999, Bates stamp numbers DEF 0321 – DEF 0340

345.  June 1999 CGU Organizational Chart, Bates stamp numbers P268 – P288

346.  August 6, 1999 email from Karen Allen Holmes, Bates stamp number P454

347.  August 26, 1999 email exchange, Bates stamp number DEF 0272

348.  September 16, 1999 telephone memorandum to John Garrison, Ph.D., Bates stamp number P024

349.  September 17, 1999 letter from John Garrison, Ph.D., Bates stamp number DEF 0273

350.  October 18, 1999 letter from Bernadine Griffith,

351.  October 20, 1999 letter from Susan Moner, M.D., Bates stamp number DEF 0271

352.  November 11, 1999 email exchange, Bates stamp numbers P289 - P290

353.  November 20, 1999 prescription note, Bates stamp number DEF 0270

354.  December 5, 1999 Lahey Clinic return to work note, Bates stamp number DEF 0268

355.  December 14, 1999 Lahey Clinic return to work note, Bates stamp number DEF 0267

356.  2000 Griffith family income tax return

357.  2000 attendance record of Bernadine Griffith, Bates stamp numbers DEF 0096 – DEF 0097; DEF 0175 – DEF 0177; DEF 0556

358.  2000 attendance record of Bernadine Griffith, Bates stamp numbers DEF 0178 – DEF 0179

359.  January 5, 2000 memo from Monica Scanlon and attachment to 1999 Annual Performance Appraisal, Bates stamp number DEF 0082

360.  January 5, 2000 memo from Karen Holmes with attached documents, Bates stamp numbers DEF 0122 - DEF 0124

361.  January 7, 2000 CU Performance Appraisal of Bernadine Griffith, Bates stamp numbers DEF 0125 – DEF 0126

362.  January 9, 2000 e mail from Karen Holmes, Bates stamp number P333

363.  January 11, 2000 e mail from Karen Holmes, Bates stamp number P334

364.  January 20, 2000 prescription note, Bates stamp number DEF 0121

365.  January 31, 2000 email from Bernadine Griffith, Bates stamp number DEF 0586

366.  February 1, 2000 e-mail from Karen Holmes, Bates stamp number DEF 0256

367.  February 11-14, 2000 e mail exchange, Bates stamp number P336

368.  Performance Job Record of Bernadine Griffith, April – September 2000, Bates stamp numbers DEF 0093-DEF 0094

369.  April 14, 2000 email from Bernadine Griffith, Bates stamp number DEF 0569

370.  April 18, 2000 email from Bernadine Griffith, Bates stamp number DEF 0585

371. April 19, 2000 email from Bernadine Griffith, Bates stamp number DEF 0558

372. April 19, 2000 email from Bernadine Griffith, Bates stamp number DEF 0559

373. April 19, 2000 email from Bernadine Griffith, Bates stamp number DEF 0557

374. April 26, 2000 email from Karen Allen Holmes, Bates stamp number DEF 0584

375. May 12, 2000 email from Bernadine Griffith, Bates stamp number DEF 0568

376. May 17, 2000 email exchange, Bates stamp number DEF 0581

377. May 19, 2000 email from Bernadine Griffith, Bates stamp number DEF 0567

378. May 23, 2000 Associate Disciplinary Action Notice, Bates stamp number DEF 0117– DEF 0118 and DEF 0120

379. May 23, 2000 meeting notes from Michael Sisto, Bates stamp number DEF 0111

380. May 23, 2000 meeting notes from Karen Holmes, Bates stamp numbers DEF 0112 – DEF 0113

381. May 23-24, 2000 notes, Bates stamp number DEF 0119

382. May 23, 2000 Lahey Clinic return to work note, Bates stamp number DEF 0262

383. May 23, 2000 Lahey Clinic discharge information, Bates stamp number DEF 0261

384. May 23, 2000 Emergency Services notes of Hamilton, Hayes, M.D.

385. May 26, 2000 email from Bernadine Griffith, Bates stamp number DEF 0566

386. May 26, 2000 email from Bernadine Griffith, Bates stamp number DEF 0579

387. May 31, 2000 prescription, Bates stamp number DEF 0214

388.    May 31, 2000 email from Bernadine Griffith, Bates stamp number DEF 0578

389.    June 2000 Physician's Report Form from John Garrison, Ph.D. for Bernadine Griffith

390.    June – September 2000 personal calendar of Bernadine Griffith, Bates stamp numbers MCAD0155 – MCAD0158

391.    June 2, 2000 CGU Family and Medical Leave Act (FMLA) Certification Form, Bates stamp numbers DEF 0211 - DEF 0212

392.    June 4, 2000 prescription information, Bates stamp number 0241

393.    June 5, 2000 letter from Joanne Murphy, Bates stamp number DEF 0079

394.    June 12, 2000 telephone memorandum, Exhibit 5 to the deposition John Garrison, Ph.D.

395.    June 12, 2000 letter from John Garrison, Ph.D., Bates stamp number DEF 0210

396.    June 13, 2000 letter from Bernadine Griffith, Bates stamp number DEF 0209

397.    June 13, 2000 email from Bernadine Griffith, Bates stamp number DEF 0577

398.    June 22, 2000 letter from John Garrison, Ph.D., Bates stamp number DEF 0143

399.    June 22, 2000 letter from John Garrison, Ph.D. with handwritten notes, Bates stamp number DEF 0110

400.    June 28, 2000 telephone memorandum, Bates stamp number P055

401.    June 30, 2000 email from Bernadine Griffith, Bates stamp number DEF 0565

402.    Third quarter 2000 CGU employee savings plan information for Bernadine Griffith account, Bates stamp numbers P506 – P514

403.    July 5, 2000 email from Bernadine Griffith, Bates stamp number DEF 0576

404.   July 7, 2000 email from Bernadine Griffith, Bates stamp number DEF 0564

405.   July 11, 2000 email from Bernadine Griffith, Bates stamp number DEF 0575

406.   July 14, 2000 email from Bernadine Griffith, Bates stamp number DEF 0563

407.   July 17, 2000 letter from Bernadine Griffith, Bates stamp number DEF 0257

408.   July 24, 2000 email from Bernadine Griffith, Bates stamp number DEF 0574

409.   July 26, 2000 letter from John Garrison, Ph.D. with handwritten notes, Bates stamp number DEF 0107

410.   July 26, 2000 notes of Karen Holmes, Bates stamp number DEF 0109

411.   July 26, 2000 email from Bernadine Griffith, Bates stamp numbers DEF 0572 – DEF 0573

412.   July 27, 2000 Associate Disciplinary Action Notice, Bates stamp numbers DEF 0114 – DEF 0116

413.   July 27, 2000 notes of Lisa Studholme, Bates stamp number DEF 0108

414.   July 28, 2000 email from Bernadine Griffith, Bates stamp number DEF 0562

415.   August 2, 2000 letter from Nancy Snyder, Bates stamp number DEF 0106

416.   August 4, 2000 email from Bernadine Griffith, Bates stamp number DEF 0561

417.   August 10, 2000 letter from Cristin Rothfuss, Bates stamp numbers DEF 0099 – DEF 0102

418.   August 11, 2000 email from Bernadine Griffith, Bates stamp number DEF 0560

419.   August 16, 2000 memo from Karen Holmes, Bates stamp numbers DEF 0103 – DEF 0105

420.   September 27, 2000 termination letter from Michael Sisto, Bates stamp number DEF 0087

421.   September 27, 2000 CGU Termination Input screen shot, Bates stamp number DEF 0088

422.   September 27, 2000 pay check, Bates stamp number DEF 0090

423.   Fourth quarter 2000 CGU employee savings plan information for Bernadine Griffith account, Bates stamp numbers P495 – P502

424.   Undated notes of Karen Allen Holmes, DEF 0002 – DEF 0004

425.   October 13, 2000 letter from Anne Sanford, Bates stamp number MCAD0098

426.   October 25, 2000 letter from John Garrison, Ph.D., Bates stamp number DEF 0265

427.   October 25, 2000 letter from Thomas Ford to Karen Allen Holmes re representation, Bates stamp number DEF 0604

428.   October 25, 2000 letter from Thomas Ford to Michael Sisto re representation, Bates stamp number DEF 0605

429.   November 2, 2000 CGU Associate Handbook, Bates stamp numbers DEF 0623 – DEF 0866

430.   2001 Griffith family income tax return

431.   September 25, 2001 CGU Insurance Group Life Insurance, Bates stamp numbers DEF 0358 – DEF 0387

432.   September 25, 2001 CGU Insurance Group Pension SPD, Bates stamp numbers DEF 0458 – DEF 0514

433.   2002 Griffith family income tax return

434.   2003 Griffith family income tax return

435.   2004 Griffith family income tax return

436.   October 12, 2004 Progress Notes of Julie Crowley, MSN, RNCS

437.   October 12, 2004 letter from Susan E. Moner, M.D., Bates stamp number P264

438.   2005 Griffith family income tax return

439.   Map of office as drawn on February 16, 2005 by Bernadine Griffith included as Exhibit 1 to Griffith deposition

440.   July 25, 2005 expert report of Harvey Waxman, Ph.D., Bates stamp numbers DEF 2671 – DEF 2685

441.   Undated CGU Associate Handbook, Bates stamp numbers DEF 02604 – DEF 02670

442.   Undated CGU Insurance Group MetLife Dental Plan, Bates stamp numbers DEF 0292 – DEF 0320

443.   Undated CGU Insurance Group Plan Operation and Your Rights, Bates stamp numbers DEF 0341 – DEF 0357

444.   Undated CGU Insurance Group Savings Plan, Bates stamp numbers DEF 0515 – DEF 0550

445.   Undated CGU Insurance United HealthCare Point of Service Plan, Bates stamp numbers DEF 0388 – DEF 0457

446.   Undated organizational chart, Bates stamp number P469

447.   Undated memo from Jan Kwasniak, Bates stamp number DEF 0142

448.   Undated CGU absence management documents, Bates stamp numbers P260 – P266

449.   Undated "The Simpson's" cartoon

450.   Undated "The Tom and Gary Show" cartoon

451.   Undated "Popeye" RUAC cartoon

452.   Undated RUAC cartoon

453.   Undated "Monty" cartoon by Jim Meddick

454. Undated Retention Bonus List, Bates stamp numbers DEF 0020 – DEF 0024

455. Undated Griffith Termination Checklist and Payment Calculation, Bates stamp number DEF 0089 – DEF 90; DEF 0095, DEF 0098

456. Pension information and W2s for Bernadine Griffith, Bates stamp numbers DEF 0031 – DEF 0035; DEF 0606 – DEF 0622

457. Exhibit 1 to the deposition of Helen D. Tramposch, M.D., including all medical progress notes, files, and clinical notes

458. Exhibit 8 to the deposition o f Helen D. Tramposch, M.D.

459. Exhibit 1 to the deposition of Susan Moner, M.D.

460. Exhibit 3 to the deposition of Susan Moner, M.D., including all medical progress notes, files, and clinical notes

461. Exhibit 4 to the deposition of Susan Moner, M.D., including all medical progress notes, files, and clinical notes

462. Exhibit 5 to the deposition of Susan Moner, M.D., including all medical progress notes, files, and clinical notes

463. Exhibit 1 to the deposition of John Garrison, Ph.D., including all medical progress notes, files, and clinical notes

464. Exhibit 4 to the deposition of John Garrison, Ph.D.

465. Exhibit 10 to the deposition of John Garrison, Ph.D.

466. Any and all exhibits relied upon or introduced by Plaintiff.

467. Defendants reserve the right to amend to list.

                                      Respectfully submitted,

                                      ONEBEACON INSURANCE CO., and
                                      ONEBEACON AMERICA INSURANCE CO.,

                                      By its attorneys

Dated: May 8, 2006                        /s/ Leah M. Moore_____
                                      Keith B. Muntyan (BBO # 361380)
                                      Leah M. Moore (BBO # 658217)
                                      MORGAN, BROWN & JOY, LLP
                                      200 State Street
                                      Boston, MA 02109
                                      617-523-6666 (phone)

## CERTIFICATE OF SERVICE

     I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), including counsel for Plaintiff, Kathleen J. Hill, Esq., Law Office of Kathleen J. Hill, 60 State Street, Suite 700, Boston, MA 02109, and paper copies will be sent to those indicated as non-registered participants on this 8th day of May 2006.

                                      s/ Leah M. Moore_____
                                      Leah M. Moore