**Page 37**

```
 1  supporting primarily not exclusively, but
 2  primarily applications that were server based
 3  that means the actual hardware and software was
 4  located in the offices so in order to implement
 5  any change, one needed usually to be on-site, so
 6  there was more travel because of mergers and the
 7  year 2000 remediation but there was always
 8  travel.
 9      Q.  Okay.
10      A.  For this group.
11      Q.  Okay. And what were the hours of
12  operation Monday through Friday for your group?
13      A.  Do you mean what were the normal
14  working hours?
15      Q.  Yes, yes, yes.
16      A.  We had the same hours as the company, I
17  should say IT, and the normal working hours were
18  I think either 8:15 to 4:30 or 8:30 to 4:45,
19  something about that. I am not exactly sure.
20  That was the normal, the IT -- the company hours.
21          We did have flex time during the summer
22  periods.
23      Q.  What is flex time?
24      A.  Flex time meant that you could with the
```

**Page 38**

```
 1  approval of your management arrange to work to
 2  come in on a flex basis. I think it was 8:00 to
 3  9:15 or 9:30, somewhere in there.
 4      Q.  Okay.
 5      A.  If it worked out.
 6      Q.  And then you would work longer into the
 7  evening?
 8      A.  Yes.
 9      Q.  And was the normal work hour then, the
10  required work hour a seven and-a-half hour day?
11      A.  I believe so.
12          I'm sorry, I do remember, I believe it
13  was 7 3/4 was the official, I think. It was
14  somewhere around there.
15      Q.  With regards to Miss Griffith having
16  traveled, was Miss Griffith required to travel in
17  1998 and 1999?
18      A.  No.
19      Q.  And what is the reason why she wasn't
20  required to travel in 1998 and 1999?
21      A.  Miss Griffith had expressed that it
22  would be difficult for her from a medical
23  perspective so we did not put her on the travel
24  list.
```

**Page 39**

```
 1      Q.  And that was your decision as the
 2  manager?
 3      A.  That was the decision of me and the
 4  person that she directly reported to.
 5      Q.  And who was the person that she
 6  directly reported to?
 7      A.  During the last two or three years, the
 8  group changed sometimes, so I am not sure whether
 9  it was always the same person.
10          When I left in 1999, she was in the
11  group reporting to Karen Holmes.
12      Q.  But with regards to the decision for
13  Miss Griffith not to travel, did you make that
14  decision alone or did someone else join you in
15  that decision?
16      A.  Karen Holmes did have the group that
17  did most of the travel although not all of it,
18  and we made the decisions on who would travel on
19  any specific weekend together.
20      Q.  And so it was -- okay, it was you and
21  Karen for the travel?
22      A.  Yes.
23      Q.  How about Tom Danforth, was he local?
24      A.  Yes, yes.
```

**Page 40**

```
 1      Q.  But when --
 2      A.  What do you mean by local, I'm sorry?
 3      Q.  I am trying to distinguish, I am trying
 4  to understand the difference. I understand
 5  someone is going to have the responsibility for
 6  the travel projects and so, therefore, that is
 7  Karen Holmes, and so from this group of
 8  individuals, you and Karen Holmes are the two
 9  parties that conferred --
10          MR. MUNTYAN: Objection to the form
11  of the question.
12      Q.  -- routinely with regards to travel, is
13  that true?
14      A.  I am not sure that that is exactly
15  right. All of the people on that list, I
16  believe, I don't want to say something that is
17  not true.
18          MR. MUNTYAN: May I see the list?
19          MS. HILL: Yes.
20      A.  I don't remember that Jane Rinkhaus
21  traveled. I believe everyone else on this list
22  except Jane Rinkhaus and Bernadine did travel at
23  some time on business.
24      Q.  Okay.
```

**Page 41**

```
 1      A.  The way -- when we were doing scheduled
 2  installations, most of them Karen Holmes did but
 3  she might end up having staffing out that
 4  reported to Tom to support. The lines were not
 5  very --
 6      Q.  Definitive?
 7      A.  Definitive, right, it was whatever
 8  needed to get done.
 9      Q.  All right.
10      A.  And both Karen and Tom both personally
11  traveled as well as members of their staff
12  depending on what we were exactly trying to
13  accomplish on a particular site visit. It could
14  be anything.
15      Q.  Okay. Then with regards to Jane
16  Rinkhaus, why did Jane Rinkhaus not travel?
17      A.  Jane was in a strictly, a strictly
18  documentation testing and support role. She did
19  not program at all.
20      Q.  Okay.
21      A.  And so there was no need for her to
22  travel, and to the best of my recollection, I
23  don't believe we ever sent her on an install or a
24  troubleshooting.
```

**Page 42**

```
 1      Q.  Okay. Was Miss Griffith trained to
 2  install?
 3      A.  On some products she would be able to
 4  do an install.
 5      Q.  What was she trained to install?
 6      A.  I specifically remember that Bernadine
 7  assisted, for instance, in our premium audit
 8  install which was local, so it gave her an
 9  opportunity to take part in that because it
10  didn't require travel.
11      Q.  Okay.
12      A.  But when you say train to install,
13  there wasn't any formal training to install. I
14  wanted to make that clear that you didn't go to
15  some class to learn how to install.
16      Q.  With regard to installation skills, was
17  that -- all individuals in your group they would
18  have installation skills?
19      A.  Two different.
20      Q.  Now again I am going to back to where I
21  don't, I am going to take it down to the
22  fundamental layman hardware/software.
23          When you are talking about
24  installation, you are talking about installing
```

Monica Scanlon, Vol. 1, 8/30/04
Case 1:03-cv-12573-EFH    Document 95-4    Filed 05/16/2006    Page 2 of 2
Griffith v. OneBeacon, et al.

**55**

Q. Okay. And so it is your testimony that while you worked at OneBeacon Insurance, you were unaware of the claim of racial discrimination?
A. I don't want to say, no, I don't think I knew anything about that. I don't recall knowing anything specific about that.
Q. Did you know anything in general about the claim of racial discrimination?
A. I recall that when I visited H.R., I believe mid 1999, there was a mention, no details about a pending suit.
Q. And who did you speak with in H.R.?
A. Cathleen Moynihan.
Q. Okay. And that was mid 1999?
A. I think so. I think that that is my best recollection.
Q. Do you recall whether or not you reviewed any documents when you were meeting with Cathleen Moynihan?
A. No, no, I did not review any documents.
Q. So you just spoke with her directly?
A. Yes.
Q. Was anyone else present in the room besides Cathleen Moynihan and yourself?

**56**

A. Karen Holmes.
Q. And anyone else besides Karen Holmes?
A. No.
Q. All right. And after having that discussion in general with regards to the racial discrimination claim, what, if anything, what steps did you take thereafter?
    MR. MUNTYAN: Objection to the form of the question.
A. I did not know it was a racial discrimination. All I knew was that there was a suit against the company.
Q. Okay. Did you inquire as to what the suit against the company pertained to?
A. No.
Q. Did Miss Holmes inquire as to what the suit pertained to?
A. No, not to my recollection.
Q. So Miss Moynihan -- what was the purpose of her having this conference with you and Miss Holmes then?
    MR. MUNTYAN: Objection to the form of the question.
A. We had requested to speak to Cathleen.

**57**

It wasn't the other way around. We requested the meeting.
Q. Okay. So you requested to speak with H.R.?
A. Yes.
Q. And was this request to speak with H.R. with regards to Miss Griffith or any other employees?
A. It was in regards to Miss Griffith.
Q. Okay. And what was the purpose of your meeting with Miss Moynihan then, the reason why you chose to request to meet with her?
A. We were -- we wanted assistance in how we should help resolve the attendance problem that we had with Miss Griffith.
Q. Okay. And what help, if any, did you receive from Miss Moynihan?
A. Miss Moynihan told us that there was a letter in her file from a -- from a medical individual, a doctor, about staggered hours and that -- I think that -- I think the issue was that we had, I told you about the flex hours.
Q. Right.
A. And the staggered and the hours in the

**58**

medical were outside of the range of that, so Cathleen, Miss Moynihan was pointing that out to us, and showed us that.
Q. Okay. And prior to having that meeting with Miss Moynihan, what hours did Miss Griffith work?
A. Do you mean what hours was she assigned?
Q. Yes.
A. Was she expected to work, to come in?
Q. Right.
A. I believe -- to the best of my recollection at the time, I believe it was 9:30 or that was what we expected, 9:30 to whatever that adds up to at the end.
Q. That was the flex plan?
A. Yes, 9:30 plus.
Q. Okay.
A. That would be the maximum on the flex.
Q. And did she ask for your permission to come in at 9:30?
A. Yes, because anyone who was on flex had to set it up with us.
Q. When she asked you to setup the flex,

**59**

coming in at 9:30, what did she tell you the reason why she needed to come in at 9:30?
A. I don't remember the conversation.
Q. Okay.
A. I don't recall it. We wouldn't have required any reason as long as it worked for the group. Anyone could ask for it as long as it worked for the group.
Q. So are you saying that you were unaware of Miss Griffith giving a reason, stating a reason to you why she needed to come in at 9:30 prior to the summer of 1999?
    MR. MUNTYAN: Objection to the form of that question.
A. I think I knew that Bernadine, that Miss Griffith had medication and health concerns that made her perhaps want to come in at 9:30, but there wasn't any -- I guess I am saying there wouldn't be any need for that because as long as it worked for the group, it was acceptable. The company didn't require a reason.
Q. She never articulated medical issues or medical concerns to you personally?
A. If you are saying do I remember that

**60**

specific conversation to set the hour at 9:30, I don't recall that.
    There were times when I was aware that Miss Griffith did tell me she wasn't feeling well or she had medical concerns.
Q. Were you aware that Miss Griffith suffered a heart attack in 1994?
A. Yes.
Q. And how did you learn that Miss Griffith suffered from a heart attack in 1994?
A. I do not remember how. I am sure it was because I heard it from the people in the office.
Q. Prior to your conferring with Miss Moynihan and Miss Holmes with regards to Miss Bernadine Griffith, did you ever sit down and have a conference with Miss Griffith about her timeliness, her attendance record?
A. Yes.
Q. And when did you have a conversation with Miss Griffith?
A. It was more than once, and I don't know the -- I can't tell you when.