# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

BERNADINE T. GRIFFITH,
                Plaintiff

v.   CIVIL ACTION NO.: 03-12573-EFH

ONEBEACON INSURANCE COMPANY
and ONEBEACON AMERICA INSUR-
ANCE COMPANY,
                Defendants.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **O R D E R**

May 17, 2006

HARRINGTON, S.D.J.

      The Plaintiff Bernadine T. Griffith is ordered to provide the Court with the name of her new counsel, when retained. The Court shall then set a new trial date.

      SO ORDERED.

                                    /s/ Edward F. Harrington
                                    EDWARD F. HARRINGTON
                                    United States Senior District Judge