UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

BERNADINE T. GRIFFITH,
                Plaintiff

        v.                         CIVIL ACTION NO.:
                                       03-12573-EFH

ONEBEACON INSURANCE COMPANY
and ONEBEACON AMERICA INSUR-
ANCE COMPANY,
                Defendants.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **O R D E R**

May 23, 2006

HARRINGTON, S.D.J.

      In accordance with District Judge Zobel's oral order of May 16, 2006, the Plaintiff Bernadine T. Griffith is required to retain an attorney on or before July 17, 2006. This Order is issued in order that this case can be expeditiously set for trial.

      SO ORDERED.

                                          /s/ Edward F. Harrington
                                          EDWARD F. HARRINGTON
                                          United States Senior District Judge