UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
**BERNADINE T. GRIFFITH,**                          \*
                                                    \*
           **Plaintiff,**                           \*
                                                    \*
**v.**                                              \*     Civil Action No. 03-12573-EFH
                                                    \*
**ONEBEACON INSURANCE COMPANY,**                    \*
**ONEBEACON AMERICA INSURANCE**                     \*
**COMPANY, MICHAEL A. SISTO, and**                  \*
**KAREN ALLEN HOLMES,**                             \*
                                                    \*
           **Defendants.**                          \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF APPEARANCE

Please enter the appearance of counsel on behalf of Defendants OneBeacon Insurance Company and OneBeacon America Insurance Company in this action, as follows:

> Robert P. Morris
> MORGAN, BROWN & JOY, LLP
> 200 State Street, 11th Floor
> Boston, MA 02109-2605
> 617-523-6666 (phone)
> 617-367-3125 (fax)
> e-mail, rmorris@morganbrown.com

Respectfully submitted,

ONEBEACON INSURANCE COMPANY and
ONEBEACON AMERICA INSURANCE
COMPANY,

By their attorneys

/s/Robert P. Morris
Keith B. Muntyan
B.B.O. #361380
keithmuntyan@morganbrown.com
Robert P. Morris
B.B.O. #546052
rmorris@morganbrown.com
MORGAN, BROWN & JOY, LLP
200 State Street, 11th Floor
Boston, MA 02109-2605
617-523-6666 (phone)
617-367-3125 (fax)

Dated: June 9, 2006

## CERTIFICATE OF SERVICE

I, Robert P. Morris, hereby certify that on June 9, 2006, this document filed electronically through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to any persons indicated as non-registered participants.

/s/Robert P. Morris
Robert P. Morris