UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BERNADINE T. GRIFFITH, ) | CIVIL ACTION No.: 03-CV-12573-EFH |
| Plaintiff, ) | PLAINTIFF'S MOTION TO EXTEND |
| ) | TIME FOR RETAINING AN ATTORNEY |
| vs. ) | |
| ONEBEACON INSURANCE COMPANY, ) | |
| ONEBEACON AMERICA INSURANCE ) | |
| COMPANY, MICHAEL A. SISTO and ) | |
| KAREN ALLEN HOLMES, ) | |
| Defendants. ) | |

NOW COMES the Plaintiff, Bernadine T. Griffith who respectfully requests a one month extension of the time for retaining an attorney.

As grounds for this motion, Plaintiff has discovered the interviewees need a few days to review the issues of this case.

WHEREFORE, Plaintiff respectfully requests the Court to extend the time from Monday, July 17, 2006 to Thursday, August 17, 2006.

Respectfully submitted,

Date: July 14, 2006

*Bernadine T. Griffith*
Bernadine T. Griffith
P.O. Box 110
Topsfield, MA 01983-0110

-1-

-2-

## CERTIFICATE OF SERVICE

    I, Bernadine T. Griffith, hereby certify that on this 14th day of July 2006, I caused a true and correct copy of the foregoing to be served via first class mail upon *Robert P. Morris, Esq. and Keith B. Muntyan, Esq.*, Attorneys for the Defendants; Law Office of Morgan, Brown & Joy; 200 State Street, 11th Floor; Boston, Massachusetts 02109.

_____
Bernadine T. Griffith