UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2006 AUG 16  P 4: 11

DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| BERNADINE T. GRIFFITH, PRO SE ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ONEBEACON INSURANCE COMPANY, ) <br> ) <br> ONEBEACON AMERICA INSURANCE ) <br> ) <br> COMPANY, MICHAEL A. SISTO and ) <br> ) <br> KAREN ALLEN HOLMES, ) <br> ) <br> Defendants. ) <br> ) | CIVIL ACTION No.: 03-CV-12573-EFH |

### MEMORANDUM OF PLAINTIFF'S UNSUCESSFUL ENDEAVOR TO RETAIN AN ATTORNEY, AND PLAINTIFF'S DECISION TO BECOME A PRO SE LITIGANT

NOW COMES the Plaintiff, Bernadine T. Griffith to respectfully inform the Court of her failed efforts to retain an attorney in accordance with United States Senior District Judge Edward F. Harrington's May 23, 2006 Order. The Order was executed after Plaintiff's prior counsel's Motion to Withdraw was granted mere days before trial. The prior counsel's Motion to Withdraw was unexpected and unforeseen by Plaintiff.

The Plaintiff's pursuit to retain an attorney included but was not limited to:

1. Expenditure of more than one thousand dollars ($1,000.00) for document copy services and attorney fees associated with the review of this civil action.

2. Faxed letters that summarized Plaintiff's civil action to the attorneys that were Massachusetts Bar Association referrals.

3. Contacted employment law attorneys that advertised on the Internet.

4. Met with potential candidates and followed up with additional reports and/or exhibits if an interest was expressed in representation of the Plaintiff in Court.

5. Plaintiff's search for a qualified new graduate or pro bono attorney was unsuccessful.

The attorneys interviewed declined Plaintiff's request for legal representation for the following reasons:

1. case is too complex for their busy case load
2. concern that some motions and exhibits are SEALED on PACER
3. attorney participation in the preparation of a case occurs earlier in process
4. will not take case on contingency fee basis
5. concern regarding sharing attorney fees with Plaintiff's prior counsel
6. concern Plaintiff did not have sufficient funds to pay attorney fees

WHEREFORE, Plaintiff respectfully requests the Court to conclude that Plaintiff has diligently and meticulously explored avenues that would have enabled Plaintiff to be in compliance with the Court's May 23, 2006 Order.

Plaintiff has decided, for various reasons, to become a Pro Se Litigant so this civil action can be set for trial.

Respectfully submitted,

Date: August 16, 2006

/Bernadine T. Griffith/
Bernadine T. Griffith, PRO SE
P.O. Box 110
Topsfield, MA 01983-0110
(978) 887-8410

## CERTIFICATE OF SERVICE

I, Bernadine T. Griffith, hereby certify that on this 16th day of August 2006, I caused a true and correct copy of the foregoing to be served via Priority Mail upon *Robert P. Morris, Esq. and Keith B. Muntyan, Esq.*, Attorneys for the Defendants; Law Office of Morgan, Brown & Joy; 200 State Street, 11th Floor; Boston, Massachusetts 02109.

*/s/ Bernadine T. Griffith*
Bernadine T. Griffith, PRO SE
P.O. Box 110
Topsfield, MA 01983-0110
(978) 887-8410