# TAKE NOTICE THAT THE FOLLOWING CASES WILL BE CALLED FOR STATUS CONFERENCE ON THURSDAY, NOVEMBER 16, 2006, AT 11:OO A.M. BEFORE HON. EDWARD F. HARRINGTON, U.S.S.D.J., IN COURTROOM NO. 13, 5th FLOOR, U. S. COURTHOUSE, BOSTON, MASSACHUSETTS

<u>Estate of Louise P. v. Rosenberg, et al.</u>, C.A. 01-10001

<u>Chesner, et al. v. Eaton Vance Corp., et al.</u>, C.A. 01-10911

<u>Griffith v. OneBeacon Insurance Company, et al.</u>, C.A. 03-12573

<u>Fonkem v. O'Malley, et al.</u>, C.A. 04-10754

<u>Munoz v. United States</u>, C.A. 04-11699