UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
BERNADINE T. GRIFFITH,
              Plaintiff

              v.                                CIVIL ACTION NO.:
                                              03-12573-EFH

ONEBEACON INSURANCE COMPANY
and ONEBEACON AMERICA INSUR-
ANCE COMPANY,
              Defendants.
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**O R D E R**

November 21, 2006

HARRINGTON, S.D.J.

      After a status conference hearing conducted by the Court on November 16, 2006 in this case, the Court concludes that the Plaintiff Griffith has been unable to obtain legal counsel and such counsel is necessary to pursue her employment discrimination case in an orderly manner. This case is presently scheduled for trial on April 23, 2007.

      Therefore, the Office of the Clerk of Court shall forward the case to the *Pro Bono* Panel for its consideration as to whether to accept this case for appointment of counsel on behalf of the Plaintiff Griffith.

      The parties to this action are to be notified by the Office of the Clerk of Court of this Order.

      SO ORDERED.

                                                /s/ Edward F. Harrington
                                                EDWARD F. HARRINGTON
                                                United States Senior District Judge