IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

BERNADINE T. GRIFFITH,

        Plaintiff,

   v.

ONEBEACON INSURANCE COMPANY,
ONE BEACON AMERICA INSURANCE
COMPANY,
MICHAEL A. SISTO, and
KAREN ALLEN HOLMES,

        Defendants.

Civil Action No. 1:03-CV-12573 (EFH)

**NOTICE OF DECLINATION OF PRO BONO APPOINTMENT**

    By Order dated December 7, 2006, the firm Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P. was appointed to represent Plaintiff Bernadine Griffith. Notice is hereby given that the appointment is declined. This appointment was originally declined by letter to this court on December 14, 2006, within the 21-day time period.

Dated: March 1, 2007

    Respectfully submitted,

    /s/ Thomas W. Banks
    Thomas W. Banks (BBO # 652950)
    FINNEGAN, HENDERSON, FARABOW,
     GARRETT & DUNNER, L.L.P.
    55 Cambridge Parkway
    Cambridge, MA 02142
    Telephone: 617-452-1600
    Facsimile: 617-452-1666

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on March 1, 2007.

      /s/ Thomas W. Banks
      Thomas W. Banks (BBO # 652950)