## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

BERNADINE T. GRIFFITH,
                Plaintiff

                v.                          CIVIL ACTION NO.:
                                                 03-12573-EFH

ONEBEACON INSURANCE COMPANY,
ONEBEACON AMERICA INSURANCE
COMPANY, MICHAEL A. SISTO and
KAREN ALLEN HOLMES,
                Defendants.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER OF STAY

April 5, 2007

HARRINGTON, S.D.J.

      In view of the fact that the plaintiff had been unable to retain a private attorney, the Court appointed an attorney to represent the plaintiff. Said appointed attorney, having reviewed the case and interviewed the plaintiff, declined to accept the appointment.

      Since that time several other attorneys have been reviewing the file, but as of this date have not yet accepted any appointment.

      The Court hereby stays the trial of this case pending the acceptance of an appointment by an attorney, as the case cannot be effectively tried without competent counsel.

      SO ORDERED.

                                                /s/ Edward F. Harrington
                                                EDWARD F. HARRINGTON
                                                United States Senior District Judge