UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BERNADINE GRIFFITH,
    Plaintiff

v.   Civil Action No. 03-12573-EFH

ONEBEACON INSURANCE CO., ET AL.,
    Defendants.

## ORDER REVOKING ORDER FOR APPOINTMENT OF *PRO BONO* COUNSEL

April 18, 2007

HARRINGTON, S.D.J.

    On November 16, 2006, a conference was held in which Plaintiff indicated she had been unable to retain successor counsel and wished to proceed *pro se* in this action. This Court urged Plaintiff to have an attorney in this action, and referred the matter for appointment of pro bono counsel. On December 7, 2006, *pro bono* counsel was appointed. Subsequently, however, appointed counsel withdrew pursuant to the Court's *Pro Bono* Program. Since then, great effort has been made on the part of this Court's *Pro Bono* Coordinators obtain successor *pro bono* counsel. Plaintiff, however, has not agreed to the appointment of available *pro bono* counsel, and to date, no other attorneys have been located willing to accept a *pro bono* appointment in this case. Again, Plaintiff has indicated she wishes to proceed *pro se* in this action.

    At this juncture, the Court finds that further efforts to secure *pro bono* counsel for the Plaintiff would be futile, and would constitute a waste of judicial resources. Accordingly, it is Ordered that the grant of *pro bono* counsel for the Plaintiff is hereby REVOKED. Plaintiff shall retain her own counsel.

    SO ORDERED.

/s/ Edward F. Harrington
EDWARD F. HARRINGTON
United States Senior District Judge