UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2007 SEP 11 P 3: 42

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| BERNADINE T. GRIFFITH, PRO SE ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ONEBEACON INSURANCE COMPANY, ) <br> ONEBEACON AMERICA INSURANCE ) <br> COMPANY, MICHAEL A. SISTO and ) <br> KAREN ALLEN HOLMES, ) <br> ) <br> Defendants. ) | CIVIL ACTION No.: 03-CV-12573-EFH <br><br> PLAINTIFF'S MOTION TO ENLARGE PAGE LIMIT |

The Plaintiff, Bernadine T. Griffith, respectfully request the Court to permit her to file a Motion for Default Judgment/Motion for Reconsideration that is in excess of twenty double-spaced pages. Plaintiff request that she be allowed to submit four additional pages to address issues in the Defendants' Motion for Summary Judgment, Defendants' Motion for Summary Judgment/Defendants' Motion for Reconsideration, and Defendants' Renewed Motion for Summary Judgment.

WHEREFORE, the Plaintiff respectfully requests that she be allowed to file a Motion for Default Judgment/Motion for Reconsideration that is twenty-four double-spaced pages.

Respectfully submitted,

Dated: September 11, 2007

/s/ Bernadine T. Griffith
Bernadine T. Griffith, PRO SE
P.O. Box 110
Topsfield, MA 01983-0110
(978) 887-8410

-1-

-2-

## CERTIFICATE OF SERVICE

I, Bernadine T. Griffith, hereby certify that on this 11 day of September, 2007 I caused a true and correct copy of the foregoing to be served via Priority Mail upon *Robert P. Morris, Esq. and Keith B. Muntyan, Esq.*, Attorneys for the Defendants; Law Office of Morgan, Brown & Joy; 200 State Street, 11th Floor; Boston, Massachusetts 02109.

*[signature]*
Bernadine T. Griffith, PRO SE
P.O. Box 110
Topsfield, MA 01983-0110
(978) 887-8410