UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
BERNADINE T. GRIFFITH,
      Plaintiff

      v.                            CIVIL ACTION NO.:
                                      03-12573-EFH

ONEBEACON INSURANCE COMPANY,
ONEBEACON AMERICA INSURANCE
COMPANY, MICHAEL A. SISTO and
KAREN ALLEN HOLMES,
      Defendants.
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER OF DISMISSAL**

February 21, 2008

HARRINGTON, S.D.J.

      The Court orders the dismissal of the above-entitled case to be effective 30 days from the issuance of this order. This Order of Dismissal shall be revoked if, within that 30 day period, the Plaintiff either retains her own counsel or requests that a *Pro Bono* counsel be appointed, which appointment she has heretofore declined to accept. As the Court stated in its April 5, 2007 Order of Stay, "the case cannot be effectively tried without competent counsel."

      SO ORDERED.

                                                  /s/ Edward F. Harrington
                                                  EDWARD F. HARRINGTON
                                                  United States Senior District Judge